TFH/JRB: USAO 2017R00456

FILED COURT
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2017 OCT 30 PM 4: 32

CLERK'S OFFICE
AT GREENBELT

DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO.** PWG 17cr577 |
| | * | |
| **CARLOS DEANGELO BELL,** | * | **(Production of Child Pornography,** |
| | * | **18 U.S.C. § 2251(a); Forfeiture,** |
| **Defendant** | * | **18 U.S.C. § 2253)** |
| | * | |

*******

### INDICTMENT

### COUNT ONE
### (Production of Child Pornography)

The Grand Jury for the District of Maryland charges that:

Between on or about January 1, 2014 and on or about December 22, 2016, in the District

of Maryland and elsewhere, the Defendant,

### CARLOS DEANGELO BELL,

did knowingly employ, use, persuade, induce, entice, and coerce a minor – namely, Victim 1 – to

engage in any sexually explicit conduct as defined in Title 18, United States Code, Section

2256(2), for the purpose of producing a visual depiction of such conduct, and the visual

depiction was produced using materials that had been mailed, shipped, and transported in and

affecting interstate and foreign commerce by any means, including by computer.

18 U.S.C. § 2251(a)

## COUNT TWO
### (Production of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

Between on or about January 1, 2014 and on or about December 22, 2016, in the District of Maryland and elsewhere, the Defendant,

### CARLOS DEANGELO BELL,

did knowingly employ, use, persuade, induce, entice, and coerce a minor – namely, Victim 2 – to engage in any sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

18 U.S.C. § 2251(a)

2

## COUNT THREE
### (Production of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

Between on or about January 1, 2014 and on or about December 22, 2016, in the District of Maryland and elsewhere, the Defendant,

### CARLOS DEANGELO BELL,

did knowingly employ, use, persuade, induce, entice, and coerce a minor – namely, Victim 3 – to engage in any sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

18 U.S.C. § 2251(a)

3

## COUNT FOUR
### (Production of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

Between on or about January 1, 2014 and on or about December 22, 2016, in the District of Maryland and elsewhere, the Defendant,

### CARLOS DEANGELO BELL,

did knowingly employ, use, persuade, induce, entice, and coerce a minor – namely, Victim 4 – to engage in any sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

18 U.S.C. § 2251(a)

4

## COUNT FIVE
### (Production of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

Between on or about January 1, 2014 and on or about December 22, 2016, in the District

of Maryland and elsewhere, the Defendant,

### CARLOS DEANGELO BELL,

did knowingly employ, use, persuade, induce, entice, and coerce a minor – namely, Victim 5 – to

engage in any sexually explicit conduct as defined in Title 18, United States Code, Section

2256(2), for the purpose of producing a visual depiction of such conduct, and the visual

depiction was produced using materials that had been mailed, shipped, and transported in and

affecting interstate and foreign commerce by any means, including by computer.

18 U.S.C. § 2251(a)

## COUNT SIX
### (Production of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

Between on or about January 1, 2014 and on or about December 22, 2016, in the District of Maryland and elsewhere, the Defendant,

## CARLOS DEANGELO BELL,

did knowingly employ, use, persuade, induce, entice, and coerce a minor – namely, Victim 6 – to engage in any sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

18 U.S.C. § 2251(a)

## COUNT SEVEN
### (Production of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

Between on or about January 1, 2014 and on or about December 22, 2016, in the District

of Maryland and elsewhere, the Defendant,

### CARLOS DEANGELO BELL,

did knowingly employ, use, persuade, induce, entice, and coerce a minor – namely, Victim 7 – to

engage in any sexually explicit conduct as defined in Title 18, United States Code, Section

2256(2), for the purpose of producing a visual depiction of such conduct, and the visual

depiction was produced using materials that had been mailed, shipped, and transported in and

affecting interstate and foreign commerce by any means, including by computer.

18 U.S.C. § 2251(a)

## COUNT EIGHT
### (Production of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

Between on or about January 1, 2014 and on or about December 22, 2016, in the District of Maryland and elsewhere, the Defendant,

### CARLOS DEANGELO BELL,

did knowingly employ, use, persuade, induce, entice, and coerce a minor – namely, Victim 8 – to engage in any sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

18 U.S.C. § 2251(a)

8

## COUNT NINE
### (Production of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

Between on or about January 1, 2014 and on or about December 22, 2016, in the District of Maryland and elsewhere, the Defendant,

### CARLOS DEANGELO BELL,

did knowingly employ, use, persuade, induce, entice, and coerce a minor – namely, Victim 9 – to engage in any sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

18 U.S.C. § 2251(a)

## COUNT TEN
### (Production of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

Between on or about January 1, 2014 and on or about December 22, 2016, in the District of Maryland and elsewhere, the Defendant,

### CARLOS DEANGELO BELL,

did knowingly employ, use, persuade, induce, entice, and coerce a minor – namely, Victim 10 – to engage in any sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

18 U.S.C. § 2251(a)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.      Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2253 as a result of the defendant's convictions under Counts One through Ten of this Indictment.

2.      Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offenses set forth in Counts One through Ten of this Indictment, in violation of Title 18, United States Code, Sections 2251, the defendant,

### CARLOS DEANGELO BELL,

shall forfeit to the United States of America:

a.      Any visual depiction described in Title 18, United States Code, Section 2251, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b.      Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

c.      Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

**Substitute Assets**

3.      If any of the property described above, as a result of any act or omission of the

defendant:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third party;

        c.      has been placed beyond the jurisdiction of the court;

        d.      has been substantially diminished in value; or

        e.      has been commingled with other property which cannot be divided

            without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title

21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section

2253(b).

18 U.S.C. § 2253

_Stephen M. Schenning_ /TFN
Stephen M. Schenning
Acting United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

10/30/2017
Date

12