1               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
2                   SOUTHERN DIVISION

3

4   UNITED STATES OF AMERICA  :  Criminal Action No.

5       v.                    :  PWG 17-00577

6   CARLOS DEANGELO BELL,     :  Greenbelt, Maryland

7           Defendant.        :  Tuesday, March 27, 2018

8   _____/  9:07 A.M.

9

10            TRANSCRIPT OF SENTENCING PROCEEDINGS
             BEFORE THE HONORABLE PAUL W. GRIMM
11                UNITED STATES DISTRICT JUDGE

12   APPEARANCES:

13   FOR THE GOVERNMENT:        TIMOTHY HAGAN, JR., ESQUIRE
                               U.S. Attorney's Office
14                             6500 Cherrywood Lane, Suite 200
                               Greenbelt, Maryland  20770
15                             301-344-4516

16

17   FOR THE DEFENDANT:         JAMES CRAWFORD, JR., ESQUIRE
                               Law Office of James Crawford
18                             1435 Sulphur Spring Road
                               Arbutus, Maryland  21227
19                             443-709-9999

20

21

22

23   OFFICIAL COURT REPORTER:  LINDA C. MARSHALL,(301) 344-3229

24         COMPUTER-AIDED TRANSCRIPTION OF STENOTYPE NOTES

25

```
 1                    P-R-O-C-E-E-D-I-N-G-S

 2           MR. HAGAN:  Calling Case Number PWG 17-577, United

 3   States of America versus Carlos DeAngelo Bell.

 4           Timothy Hagan on behalf of the United States.  I'm

 5   joined at counsel table by Special Agent from HSI, Augustus

 6   Aquino, as well as Detective Sergeant William Jenkins from the

 7   Maryland State Police.  Good morning.

 8           THE COURT:  All right.  Good morning.

 9           And on behalf of the defendant, sir?

10           MR. CRAWFORD:  Good morning, Your Honor.

11   James Crawford, Junior on behalf of Mr. Bell.

12           THE COURT:  All right.  Have a seat please.

13           We were last here in court on January 23rd of this

14   year and at that time the defendant, Mr. Bell, pleaded guilty to

15   Counts One through Ten of the Indictment pending against him.

16   Each of those counts alleged production of child pornography

17   under 18 U.S. Code Section 2251(a) and (e) for which each count

18   bore a mandatory minimum period of imprisonment of 15 years to a

19   maximum period of imprisonment of 30 years, and a fine not to

20   exceed $250,000, a $100 special assessment and also a period of

21   supervised release.

22           The plea was pursuant to a written Plea Agreement that

23   was dated January 18th of 2018.  At the time that the plea was

24   taken and accepted, I directed that the probation department

25   prepare a Presentence Report, which they did and that report was
```

1    dated January 28th, 2018.

2            Mr. Crawford, can you confirm that you have reviewed

3    the expedited Presentence Report prepared by the probation

4    department, sir?

5            MR. CRAWFORD:  Your Honor, we have and I can say to

6    the Court there are no substantive additions, corrections or

7    modifications.  Maybe some issues to discuss, but nothing --

8            THE COURT:  Nothing that would effect the actual

9    imposition of the sentence.  There may be matters that you'll

10   raise in terms of your remarks, is that right, sir?

11           MR. CRAWFORD:  That's correct, Your Honor.

12           THE COURT:  And, Mr. Bell, can you confirm, sir, for

13   me that you have reviewed and discussed with Mr. Crawford the

14   Presentence Report?

15           THE DEFENDANT:  Yes, sir.

16           THE COURT:  Okay.  There being no objections to the

17   Presentence Report, I will adopt the findings of the Presentence

18   Report as my own.

19           And let's go directly to the calculation of the

20   guidelines range.  Those calculations begin at page 7 and

21   paragraph 16.  The -- each individual count of the ten counts

22   that are there is a separate group by virtue of the, of the

23   guidelines and the statute.

24           So, let's start with group one.  That was Victim

25   Number One.  The guidelines calculated base offense level is 32,

**4**

1    because the offense involved a minor who had not yet reached the

2    age of 16, but was at least 12 years old.  There was a two-level

3    increase.  There was an additional two-level increase because

4    the offense involved the commission of a sexual act or sexual

5    conduct -- contact, and another two levels because the minor

6    victim was in the care, custody or supervisory control of the

7    defendant.  That resulted in an adjusted offense level for

8    victim one and group one of 38.

9         Those exact same guidelines calculations apply equally

10    to group two, victim two resulting in an adjusted offense level

11    of 38.  And the identical calculations involving the identical

12    guidelines provisions for group three, victim three; and group

13    four, victim four; group five, victim five; group six, victim

14    six; group seven, victim seven; group eight, victim eight; group

15    nine, victim nine; and group ten, victim ten.

16         Now, when you have ten counts such as this all of

17    which have the same adjusted offense level, then under Section

18    3D1.1 and 1.2 and 1.4 of the guidelines, the multiple count

19    adjustments are required.  And so, each of those ten counts

20    amounts to one unit.  There are, therefore, ten units that have

21    to be factored into the adjustment.

22         The offense level for each is the same, so the highest

23    offense level is a 38.  There's a five level increase occasioned

24    by the ten points.  That puts the combined offense level at a

25    43.

1           There is a further enhancement under Section 4B1.1

2      that says that when the offense of conviction is a covered sex

3      crime that neither 4B1.1, the career offender nor Subsection A

4      of 4B1.5 applies.  And the defendant who engaged in a pattern of

5      activity involving prohibited sexual conduct, therefore, the

6      defendant is viewed as a repeat and dangerous sex offender

7      against minors and the offense level shall be five plus the

8      offense level determined in chapter two.

9           When you add five point to the 43 it's 48.  When you

10     subtract two points for acceptance of responsibility under

11     3E1.1A, that then drops it down two points to a 46.  And then

12     you have an additional subtraction of one point under 3E1.1B for

13     promptly acknowledging responsibility and pleading guilty

14     obviating the need for the government to present a trial.

15          This then drops it down to a 45.  Obviously, a 45 is

16     two points higher than the highest guideline range for offense

17     level, so it operates, therefore, as a 43.  And that is how the

18     offense level operates for each of these ten counts is a 43 for

19     the offense level.

20          The defendant's criminal history as reflected at page

21     16, paragraph 107, he has a criminal history score of zero.

22     Therefore, he has a criminal history category of one.  The --

23     for an offense level 43 and a criminal history category one, the

24     guidelines recommended sentence would be life imprisonment.  Of

25     course, that is not possible under the statute which has a

1    five -- 15 year mandatory minimum to 30 year maximum.

2    So what happens is, is the maximum statutory sentence

3    would be what would be applicable for each of the ten counts and

4    that would be the guidelines calculation for purposes of the ten

5    counts that we are dealing with here.

6    In addition, the guidelines for Counts One through Ten

7    would include supervised release of a mandatory minimum of five

8    years to life times supervised release for each count.  There

9    would be a mandatory $100 special assessment for each of these

10   ten counts, which would be a thousand dollars.  And the

11   guidelines fine for each count would be 50,000 to $250,000.

12   Does either the United States or Mr. Griffith [sic]

13   wish to be heard on the guidelines calculation?

14   MR. HAGAN:  No, Your Honor.

15   MR. CRAWFORD:  No, Your Honor.  I think the Court

16   is --

17   THE COURT:  All right.  So, those are my findings on

18   the guidelines calculation.

19   Mr. Hagan, before turning to you, I know that there

20   are some impact statements or, at least, one that Jane Doe,

21   victim of -- mother victim one has provided an impact statement.

22   Are there any other impact statements or has anyone indicated a

23   desire to be heard today at the sentencing?

24   MR. HAGAN:  No, Your Honor.

25   THE COURT:  With that in mind, sir, if you would go

1    ahead and make your presentation.

2         MR. HAGAN:  Yes.  Thank you, Your Honor.

3         As a preliminary matter, Your Honor, on my way to the

4    court today to file a Forfeiture Order, I realized that there

5    was an error in the specific devices listed with respect to

6    forfeiture.  With the Court's permission, I'm going to correct

7    that when I promptly return to my desk and send it to the Court

8    after this hearing.

9         THE COURT:  Sure.  Otherwise, it is an agreed upon

10   Forfeiture Order?

11        MR. CRAWFORD:  It is, Your Honor, and he advised me of

12   the change.

13        THE COURT:  And I will want to discuss with you before

14   we finish today the implementation of the second issue you all

15   raised yesterday about the manifestation of the coordination

16   between the sentence here and the sentence in the state court

17   proceedings to make sure that that's done in a way that was

18   contemplated by all the jurisdictions that were involved in the

19   determination of the outcome in this case.

20        MR. HAGAN:  Yes, Your Honor.  Thank you.

21        Your Honor, as set forth in our papers, the government

22   seeks a sentence of 150 years of imprisonment.  That 150 years

23   would correspond to 15 years for each of the ten victims in this

24   case, the ten victims that were charged by -- that were listed

25   in the Indictment.

1    THE COURT:  Fifteen years, Count One and then 15 years

2    Count Two consecutive to Count One; 15 years, Count Three

3    consecutive to Count Two, et cetera down the line.

4    MR. HAGAN:  That's correct, Your Honor.

5    As the Court mentioned in talking about what the

6    penalties are associated with this offense, the maximum penalty

7    for each offense would be 15 years as a mandatory minimum up to

8    30 years.  That mandatory minimum does not necessarily

9    correspond or require when there's multiple victims that it be

10   15 years consecutive for each victim.

11   THE COURT:  Right.

12   MR. HAGAN:  Nonetheless, that is what the government

13   requests.  We believe that the conduct in this case by the

14   defendant was so egregious that is merits this.  And I don't

15   make that statement lightly.  The government doesn't take that

16   position regularly.  As we've shown the Court, it's not frequent

17   that the government request or that the Court sentences someone

18   to such a significant period of incarceration which would

19   functionally be the equivalent to the rest of his life in prison

20   for these types of offenses.

21   We cited in our brief in our Sentencing Memorandum

22   that these would not be -- that while these don't occur

23   obviously every day, that these sentences would not necessarily

24   be unique or unheard of when it comes to this type of offense

25   across jurisdictions, federal jurisdictions throughout the

1    country.

2         And as we stated in our papers, there are a number of

3    cases that have merited sentences of this length that the

4    government is requesting or more.

5         Why would this merit that?  Well, in some ways, the

6    facts speak for themselves.  As stated in the Attachment A

7    associated with the Plea Agreement when we were here on the 23rd

8    of January, the defendant looked for any means that he could to

9    prey upon boys going through their adolescents, boys that he had

10   access to as a mentor, as a disciplinarian, as a coach, as a

11   quasi-teacher, official and as he tried, as a friend and

12   sometimes as a individual whom they respected who purportedly,

13   according to him, was someone who could help them get into a

14   gang and I'll get into that in a moment.

15        What's important here to realize is that these are

16   individuals, these victims were individuals who were abused

17   sexually, physically, emotionally.  Many of them were plied with

18   drugs and alcohol.

19        And before I get any further, I'd like to thank the

20   victim's mother who brought this to the attention of

21   authorities, the hero who noticed something that appeared to be

22   amiss with respect to communications that her son was having on

23   text message and via cellphone.  It appeared that the son was

24   having communications of a sexual nature, although no indication

25   of actual pornography or anything like that.

1          THE COURT:  Is this Jane Doe, the same woman who wrote

2     the Victim Impact Statement?

3          MR. HAGAN:  Yes, Your Honor.

4          THE COURT:  Okay.

5          MR. HAGAN:  And the individual who reported this to

6     Charles County Police could have taken any number of tacts.  It

7     wasn't even necessarily clear to her at the time that she

8     reported this to the sheriff's office in Charles County that

9     this was actually a crime.

10         What she had seen was the defendant adopting the

11    persona or the identity of another person communicating in a way

12    that did not seem appropriate with her child via text.  And the

13    red flags and the alarm bells went off in her mind for reasons

14    that she was unsure of.  She thought this might be Mr. Bell.

15         She spoke with her son about it.  She learned how

16    manipulative these conversations were, that this individual had

17    -- Mr. Bell, unknown at the time, had attempted to pose as

18    another older boy formerly who was on the track team or as

19    someone who should be looked up to.  And that individual tried

20    to get the young man to speak about sexual matters and a

21    grooming process to ultimately achieve what he succeeded in

22    achieving in a number of instances.  This is one MO of the

23    defendant among many, which is the reason why he is dangerous

24    and would pose a danger if ever released.

25         Again, that mother not knowing necessarily for sure

1   who was doing this and not knowing necessarily that there was

2   even a crime being committed, but knowing that this was not

3   okay, brought it to the attention of authorities.  And if that

4   hadn't happened, given the nature of the crimes that this

5   defendant committed, given the nature of the victims against

6   whom he offended and the fear about coming forward, the concern

7   about whether or not this would reflect poorly on them, the

8   shame that they might otherwise feel, he could have still been

9   operating today.

10          He wasn't caught doing anywhere near the most

11  egregious conduct that we ultimately recovered, we ultimately

12  learned about.  He was caught doing something that was almost

13  not even criminal.  But thanks to the investigative work of the

14  Charles County Sheriff's office, of HSI, of MSP and the Charles

15  County State's Attorneys office, he was ultimately able to be

16  taken off the street and we hope he never has the chance to do

17  this again.  That's why we asked for the sentence we ask.

18          The physical abuse in this case is something that is

19  sometimes overlooked because of the salaciousness of some of the

20  sexual abuse that occurred.  This defendant videotaped himself

21  ritualistically and methodically beating nude young men, minors

22  with promises that they were being jumped into a gang.  He broke

23  them.  He was emotionless as the boys descended from repeating

24  what he was telling them to repeat methodically to tearing up,

25  to breaking down, to crying in front of him as he continued

1  ritualistically beating them, exposing their genitals on the

2  video and breaking their spirit.

3          This Court and those who investigate the types of

4  sexual crimes that we do sometimes can become a little bit

5  desensitized to all the horrible, horrible images that we see in

6  this line of work.

7          While not as overtly sexual, while not involving some

8  of the things, rape that he committed with respect to other

9  victims, those beatings will stay with the people who saw them.

10  They stand out for their lack of empathy.  They stand out for

11  how methodical they were and their scarring not just to the

12  individuals and the victims, although I hope those scars heal,

13  but their scarring to anybody who sees them in a different way

14  than what we have had to see amongst some of these other

15  victims.

16          Each of these young men is unique.  Each of the ten

17  victims met Mr. Bell with their own vulnerabilities, their own

18  strengths, their own interests.  He recruited them to be on the

19  track team.  He recruited teachers and school administrators to

20  entrust him to handle the discipline problems, the boys who

21  needed to be removed momentarily from class or for longer

22  periods of time by adopting the persona of a responsible adult,

23  someone who could be trusted, who had an interest in the boys

24  and had their best interest in mind.  He was trusted by a

25  community, by parents and by a school and he abused that trust

1    in unimaginable ways.

2        Part of what makes the defendant dangerous and part of

3    what will keep him dangerous was his malleability, his ability

4    to manipulate and figure out the best means and the best

5    situations with the specific victim to appeal to that victim in

6    order to exploit him.

7        If the victim needed a male figure as a mentor,

8    Mr. Bell sought a way to fill the void.  If the victim struggled

9    with coming of age struggles as any pubescent teenager would,

10   whether it be issues with girls, boys, sexuality, et cetera, the

11   defendant was there and the defendant exploited that.

12       If a young man struggled to make friends, the

13   defendant was there and he exploited that.  If a young man

14   struggled at home or struggled with discipline in school or

15   lashed out because he came into there already with certain

16   vulnerabilities, the defendant was there to capitalize on it.

17       This defendant sought any means he could to prey on

18   these boys whether it was in person or whether it was online or

19   whether it was by videotaping them.  And that won't change if

20   the defendant were to be released from prison even as an older

21   man.  He would still have the ability to communicate.  He would

22   still have the ability to get online.  And I don't know of any

23   alternatives, any means of supervision that could protect the

24   community from him doing this again aside from what the

25   government is requesting, which is incapacitation, which is that

14

 1   the defendant be removed from the community for what would be

 2   the rest of his life.

 3          The government had a chance to review the defense

 4   sentencing memorandum where it's claimed that Mr. Bell

 5   self-reported vague assertions that as a young man, as a child

 6   he was abused himself.

 7          THE COURT:  This is also reflected at paragraph 117 in

 8   the Presentence Report, correct?

 9          MR. HAGAN:  That's correct, Your Honor.  Obviously,

10   that is something that is self-reported at this time, something

11   that he had not reported previously to law enforcement or

12   apparently to his family.  Whether or not that happened does not

13   excuse his conduct as an adult.

14          In reviewing dozens if not hundreds of reports and

15   analyses that have to do with what the effects are from a child

16   who is abused when it comes to whether they are going to commit

17   the same horrible acts that they suffered to another victim,

18   there is no correlation.  And the closest correlation that exist

19   is among children who don't know better.  It's when a victim, a

20   five years old victim, for example, repeats the conduct that

21   they have learned as a seven year old on to another child.

22          THE COURT:  So, the non-correlation you're citing, is

23   that a study or some exhibit that you have?

24          MR. HAGAN:  I don't have an exhibit, Your Honor.  My

25   point is that there is no study that says otherwise.

1          THE COURT:  Is there a study that says, there is no

2    correlation, because you hear, at least anecdotally, frequently

3    one of the sad, cruel ironies of these cases is that it is not

4    infrequent that a person who is an adult and commits these type

5    of offenses on children, it is not an unusual occurrence to find

6    that them themselves were abused.

7          And regardless of whether or not the government is

8    somewhat skeptical of the bona fides of this self-reported

9    abuse, putting that aside in this case for a moment, oftentimes

10   it is undisputed that that is the case.  And of course,

11   logically, one might think that if you suffered these horrific

12   acts as a child that, that even though it leaves you for the

13   rest of your life with a burden that for many is nearly

14   intolerable if not intolerable, then the one thing there would

15   be would be a commitment never to do it to someone else.  And

16   yet, you see so often that it happens.

17          I'm just curious as to whether there is any

18   publication or study or other source that supports the argument

19   that you are making.

20          MR. HAGAN:  There is, Your Honor.  I cannot cite it

21   right now.  I know I've seen it within the last five years and

22   I'm happy to forward what I can find to the Court after this

23   hearing.

24          The concern on this is when we talk about those who

25   can manipulate victims, who can manipulate entire communities

1    where the grooming is not just of the victims, but of the adults

2    around the victims to allow for access and to allow for trust

3    and to allow for things that might seem suspicious to be brushed

4    aside by otherwise responsible adults because of the trust that

5    they have now developed with the individual who is the offender,

6    there are two concerns there when it comes to what I just

7    suggested with respect to the tendency to abuse -- the

8    likelihood of a victim to abuse in the future as an adult.

9         One is that a lot of those self-reported instances of

10   abuse as a child are just that, are self-reported manipulations

11   of the court in the same way that -- or the listener for

12   sympathy the same way that they manipulate everyone in their

13   community and have.

14        I'm not saying that this defendant hasn't been or has

15   been.  What I am saying is, we dispute the idea that as an adult

16   this individual would not understand the right from wrong, not

17   understand the consequences of his actions and be somehow be

18   defective or changed in such a way as a result of his abuse so

19   many years ago that it would somehow explain what happened here.

20   It doesn't.

21        And the fact that children who are the victims of

22   abuse can grow up to abuse doesn't necessarily mean there's any

23   statistical correlation between the two, because individuals who

24   aren't abused as children also sadly can grow up to abuse.  And

25   I don't want to make too fine of a point on it.

1          These ten victims are not at risk anymore than anyone

2    else in the population of growing up to be that type of thing,

3    growing up to commit the kind of acts that they suffered.  There

4    is nothing that says that and there is no one who will say that.

5          And the point I want to make is that I don't believe

6    this play for sympathy, while the defendant may be entitled to

7    sympathy for what he endured as a child, should necessarily be a

8    justification for a reduction or a modification, mitigation for

9    his conduct as a fully-formed adult, educated in a position of

10   trust.

11         The reason that the government seeks the sentence that

12   we seek and the justification for doing so relies on punishment.

13   Sometimes the government or whomever would be standing and

14   asking for such a significant sentence could be accused of only

15   looking for punishment.  And, frankly, the punishment here,

16   punishment alone based on the conduct would be justified, the

17   150 years.

18         But what's more important here than punishment,

19   because we don't -- we don't need to just rest on that, but the

20   question of protection of the community and deterrence.  As I

21   stated in the papers, this defendant is known in that community.

22   In his relatively small community, everyone is watching both

23   this Court and the Circuit Court for Charles County, and the

24   victims who don't necessarily want to appear because they don't

25   want to be identified will know whether they can be sure that

1  they're ever going to have to look over their shoulder again for

2  Mr. Bell being out on the street.

3         They're entitled to know that they don't have to worry

4  about him manipulating them again.  They're parents are entitled

5  to know that they won't have to worry about the defendant

6  manipulating their children again.  And individuals who are in a

7  position of hiring, of vetting, of keeping an eye on, evaluating

8  people who are in positions of trust, coaches, people who are

9  employed by schools have been reminded of how important that

10  responsibility is by this case.

11         And people who might be tempted when in positions of

12  trust like the defendant was to act on impulses against the

13  people who they are charged to protect may otherwise be deterred

14  knowing that the consequences can be this severe.  Not just a

15  loss of job, not just an arrest, not just a brief period of

16  confinement, but potentially for the rest of their lives.

17         When it comes to victim impact, Your Honor, the

18  government endeavored to contact both by mail and phone everyone

19  who is associated as a victim in this case.  The Court received

20  the papers that it received.  The government received the papers

21  with respect to restitution that it received and forwarded.

22         And in talking to one parent in particular about

23  whether she was going to be present today, what she would like

24  to tell the Court, what she would like for us to tell the Court

25  on her behalf if she wasn't comfortable doing that, one the

1   things that stuck with me and I think is important to emphasize

2   with respect to these kinds of cases.  She didn't want to be

3   here because in a community of a school and a team, if she was

4   here everyone would know that it was her boy and she couldn't do

5   that to him.

6            He's had -- he has his own struggles and suspicions

7   among other people and the people that he socializes with that

8   he's a victim in this case.  And so they're left with impossible

9   choices, the victims in this case, about how to communicate to

10  the Court.  One can forgive the fact that they may not trust

11  institutions very much at this stage either, based on the fact

12  that they were entrusting their boys to the school system where

13  this happened.

14           One can appreciate the fact that they may not want to

15  talk about this anymore for fear that it will make things worse

16  for their sons.  One can appreciate the fact that they hope this

17  just goes away and that maybe they won't have to think about it

18  every day when they look at their children and wonder about what

19  happened to them when they weren't there.

20           Your Honor, the government's request in this case is

21  reasonable.  It's no greater than necessary to effectuate the

22  interest of justice.

23           THE COURT:  Take a minute, Mr. Hagan.  You address

24  this in your submission, but one of the 3553 factors, of course,

25  is whether or not a sentence that has been imposed is out of

sync, for lack of a –– to use a non-guidelines phrase, with

sentences of others similarly situated.  And you obviously had

that in mind when at ECF 31 your written submission, page 7, 8,

9 and 10 sets forth 86 examples of cases in other courts where

offenders prosecuted for, I take it, similar offense, right?

        MR. HAGAN:  That's correct.

        THE COURT:  This is not someone who has been charged

with –– been convicted of racketeering involving homicide of 150

people.  This is all offenses involving crimes of this nature

against children where the minimum sentence of the examples you

gave was hundred –– 1,200 or a hundred years imprisonment up to

life, and some of them with as many as 11,000 months.  I'm not

sure that whatever Court imposed that had a, had a live

expectancy chart that charted that out to two or three life

expectancies.  But nonetheless, 86 examples and I take it that

all of these are examples that the Court has found or that the

government believes are consistent with the nature of the

conduct in this case and, therefore, justifies a sentence of

115 –– 150 years cumulatively, correct?

        MR. HAGAN:  That's correct, Your Honor.

        I would note in our papers that each of these

individuals that's cited in these cases was convicted of

production of child pornography, so it is this offense.  And

it's similar in the sense that, obviously, involved the same

charge there are aggravators, factually I think, for this

1    defendant that would justify where he would stand in that list.

2         THE COURT:  All right.  Continue please.

3         MR. HAGAN:  One of the aggravators for this defendant

4    is that he knew at the time that he was committing these

5    offenses that he was, in fact, HIV positive; that knowing that

6    he took reckless, dangerous risks.

7         I can tell the Court that at this stage after repeated

8    testing, the information that we have is that no one has been

9    infected, but obviously, that was a possibility based on the

10   conduct that we've unfortunately had to witness and that

11   unfortunately has been reported by the victims.  There was --

12   they were potentially exposed.  Not every single one of the ten.

13        So, we know, Your Honor, that it is not -- so while

14   the request of the government is consistent with other

15   individuals who have been convicted of serious situations

16   involving the production of child pornography, it's not every

17   day that this Court or any court is asked to sentence anyone for

18   this offense for this amount of time.

19        We believe that this defendant is unique.  We believe

20   that the means that he employed keep him a danger even upon

21   release, even upon a lifetime of supervised release, even upon a

22   lifetime of supervised sex offender registration, we believe

23   that justice requires that he be imprisoned for the period that

24   we've asked.  We believe that the victims are entitled to that.

25   We believe the community is entitled to that.  We believe the

1    community deserves the opportunity to move on, to not think

2    about the possibility of him returning, but to move on with

3    their lives.

4         We believe that it's important that he be in custody

5    federally, that this defendant be housed in the Bureau of

6    Prisons at a location that is not in Maryland, which would be

7    the case.  We don't want him anywhere near or the victims

8    anywhere near to him.

9         This case involved the sexual abuse and exploitation

10   and conduct involving at least 42 minors.  This conduct didn't

11   stop after the defendant was first arrested, after he knew that

12   the government had seized his contraband, his videos.  And if

13   the Court wishes, I'm happy to describe some of the ways that he

14   did this, some of the ways that he videotaped that go above and

15   beyond what's in the Statement of Facts.

16        Some of it was surreptitious, some of it was right

17   there for everyone to see, some of it was in another room at a

18   remote location, some of it was by phone, some of it was by

19   computer.  The boys that were the victims in this case were age

20   11 to 17.  As I said, at least that we have identified 42.  And

21   the defendant is here because he's pled guilty to federal crimes

22   involving ten.  We believe that the 15 years for each of those

23   ten is justified.  And with that, I have nothing further, Your

24   Honor.

25             THE COURT:  Thank you.

1      Mr. Crawford, any individuals -- you have not notified

2  the Court that there are any individuals who wish to be heard.

3      MR. CRAWFORD:  Judge, two issues.  Yes, there are and

4  I just figured that out this morning.  Mrs. Bell, Mr. Bell's mom

5  and his dad want to address the Court at some point in time if

6  they could.

7      THE COURT:  Are they able to confine their remarks to

8  five minutes or less?

9      MR. CRAWFORD:  Yes, sir.

10      THE COURT:  All right.  And unfortunately, that's got

11  to be a, that's a -- that is a necessity at this time.  So, I'm

12  happy to hear from them.  They each can have up to five minutes

13  to tell me what they'd like me to hear.

14      MR. CRAWFORD:  Additionally, I gave to your clerk and

15  I gave to the United States government, we just received a

16  report of Anne Arundel County Counseling.  It's the

17  pseudo-sexual and psychological evaluation.  My apologies, but

18  we just received it.  It was a financial issue as far as the mom

19  being able to afford the report and I'll be more than happy to

20  sum it up for Your Honor at the appropriate time.

21      THE COURT:  Okay.  So, let me hear from the people who

22  want to be heard.  I'll accept this as a --

23      Has Mr. Hagan had a chance to see this?

24      MR. CRAWFORD:  I gave it to him this morning.

25      MR. HAGAN:  Yes, Your Honor.

```
 1              THE COURT:  All right.

 2              MR. CRAWFORD:  Your Honor, I'd like to call Mrs. Bell

 3    to the stand.  Would you like her to stand here, Your Honor, or

 4    go to the stand?

 5              THE COURT:  Yeah, I think that's probably the best

 6    way.

 7              All right.  Ms. Bell, it's not easy to try and make

 8    your comments in five minutes or less.  I apologize for that,

 9    but I had not been given advance notice of this.  Otherwise, I

10    would have scheduled more time for the hearing, but are you able

11    to do that in five minutes or less, ma'am?

12              THE WITNESS:  Yes, sir.

13              THE COURT:  Okay.  Go ahead if you would please and

14    tell me your name for the record.  And I'm going to have to ask

15    you to keep your voice up so our court reporter can hear you,

16    ma'am.  And there's a microphone directly in front of you that

17    if you keep your voice up, it will be able to record it.

18              So, tell me your name please, ma'am.

19              THE WITNESS:  Monica Henson Bell.

20              THE COURT:  All right.  Go ahead, ma'am.

21              MRS. BELL:  Yes, my son is Carlos Bell.  Carlos had a

22    rough time growing up.  He was a kind child.  He was a helpful

23    person.  He had a scholarship to go to college, which he went to

24    the NYC, NYU University.

25              He raised his nieces and nephew, and who all are on
```

1    the honor roll, in extra-curricular activity.  One is a Junior

2    Olympic champion and one is -- and we have letters from them as

3    well.  One is -- was the president of the student government as

4    well as the Junior Honor Society and they were troubled as well.

5    He came back from New York to raise them -- to help me raise

6    these four children, my four grandchildren.

7            Carlos is a changed man today as he has accepted the

8    Lord Jesus Christ as his savior and the Lord has forgiven him

9    and I ask the Court and the people in the media, and the police

10   to forgive him as well.

11           I believe that through the Lord Carlos is a changed

12   man and he can be rehabilitated.  And I ask you to consider the

13   fact that he will give his last dime and the last -- his shirt

14   off his back to anyone, and we have letters to attest to that as

15   well.

16           MR. CRAWFORD:  Mrs. Bell, if you could, please

17   address -- we don't have much time, address to the Court about

18   his history as far as abuse.

19           MRS. BELL:  Coming up, Carlos was abused and he was --

20   now they call it abuse as far as whippings is concerned.  He

21   also was exposed to -- he's a child of a drug abuser and

22   alcoholic who is recovering now, but he has been exposed to that

23   and he was exposed also to a lot of fights and arguments due to

24   that as well.  He was --

25           He was -- he's seizure prone and he, he is dyslexic

1    and he has a eidetic memory, so he is very brilliant.  And I do

2    believe that he can be rehabilitated.

3            THE COURT:  Thank you, ma'am.

4            MRS. BELL:  Thank you, sir.

5            MR. CRAWFORD:  Your Honor, I'd like to call Mr. Bell

6    to the stand.

7            THE COURT:  Sir, again, my apologies to you, but we

8    only have about five minutes, so hopefully if you can keep your

9    remarks to that amount, then that would be fine.

10            Could you tell me your name please?

11            MR. BELL:  Mark Bell.

12            THE COURT:  All right.  I think you have a deep enough

13    and loud enough voice that if you will just speak normally, it

14    will pick it up, all right, sir?

15            Go ahead.  Tell me what you would like me to hear,

16    sir.

17            MR. BELL:  Your Honor, I just want to say that I know

18    my son.  He's always been a good child.  We tried to bring him

19    up in church and we did go to church and try to be at church,

20    but during that time too until I had got saved, I was on drugs

21    and everything.  We have, me and his mother have went through

22    hard times.  And that --

23            I also want to say that we did separate and split up

24    when he was -- I think he was 12.  So, it was a type of thing

25    where I think that really did something to him when we split up

1    because it's a lot of things that I didn't attend that I should

2    have attended and he despised that and despised me because I

3    wasn't there for him, because he does have three other brothers.

4            And right now, we have just been trying to get back

5    together and re-bond.  And even though that I know he done what

6    he done, but I think that he can be rehabilitated because he's

7    really not that type of person.

8            I heard about what he supposed have gotten abused and

9    things, and I was sorry that, that when that happened that I

10   wasn't around because I thought -- I think if I was around, it

11   might not have happened because of where -- wherever he was at

12   the time.

13           And I just ask the Court to think about -- to just

14   have mercy on him.  And I know that he has to do whatever time

15   that the Court gives him, but like I say, he's not a monster.

16   And when people say that he preyed and things like that, I don't

17   think that was that type of thing, because he's a likeable young

18   man and people always been around him, so he didn't have to prey

19   on anybody.  They just like to be around him.  And whatever

20   circumstances that happened, I don't know, but I just ask the

21   Court to have mercy on him.

22           THE COURT:  Thank you, sir.

23           All right.  Mr. Crawford, you want to make your

24   presentation, sir?

25           MR. CRAWFORD:  Judge, yes, sir.

1          Your Honor, good morning once again.  And, Your Honor,

2    I appreciate the Court allowing Mr. and Mrs. Bell to say

3    something about their son.

4          In a case like this, Your Honor, the first thing I

5    want to say to the Court on behalf of Mr. Bell, and he and I

6    have discussed this on many occasions, is that he wants to

7    apologize publicly to the victims and to the family for what's

8    occurred.  I know he wants to do that himself as well.

9          And when a defense lawyer is representing a defendant

10   in a situation like this, one of the things we have to look at

11   is not just the case in its totality, but what is in the best

12   interest of your client and what is in the best interest of

13   Mr. Bell.

14         And in this situation, I have to give the government

15   some credit here because as the Court is aware, Mr. Bell is

16   charged in Charles County.  I know the Court wanted to know a

17   little more information about that.  And he's pled guilty and we

18   have a sentencing date coming up the third.  And based upon the

19   discussions with the government --

20         And the government came in a little bit late here.  It

21   was Charles County that got most of the investigation out and

22   got the ball rolling and indicted him.  It was a rather large

23   Indictment.

24         And after discussing it, we concluded based upon the

25   plea that we would want him to serve time in federal prison.

1   And that's why we're here.  That's why we're standing here today

2   in front of the state court sentencing.  And counsel has been

3   very cooperative.  We've filed the necessary paperwork and that

4   is our intention.

5          And based upon my remarks I'm going to make to the

6   Court, I'm asking the Court to consider or recommend a sentence

7   that is reasonable.  I'll get into the details of that, but I'm

8   asking the Court to consider sentencing him to a place, such as

9   Fort Dix in New Jersey.  Make a recommendation to the U.S.

10  Marshals office.  Of course, it's up to them.  Based upon what

11  I'm going to tell the Court and based upon what I think is in

12  his best interest, but also in the interest of the community

13  based upon what we've seen here and as far as treatment is

14  concerned.

15         Very briefly, the Anne Arundel County Counseling

16  report that I provided to the government and to you done by

17  Mr. Walsh, as the Court knows, any time you have a individual

18  who is incarcerated, it's really difficult to have any kind of

19  mental health professionals see them, evaluate them, do what

20  they need to do.

21         And in this situation, his mom is a single mom and his

22  mom works and she's done a great job of working with us as far

23  as trying to gather this report, and it cost money.  And it is a

24  situation where it took a little bit of time for her to be able

25  to do that, but we were able to do that.  And Mr. Walsh was able

1    to finally go down there.

2            Now, Mr. Walsh is an individual he's been employed

3    with Anne Arundel County Counseling for quite a while.  He is

4    licensed in the state of Maryland as an LCA and he also came

5    from Virginia as the Board of Psychology Licensed Sex Offenders.

6    In Maryland, you don't have to be licensed in that capacity, but

7    he has that background.

8            Now, during the evaluation and in his conclusions he

9    did consider sexual evaluation where he basically indicated that

10   there's no question that Mr. Bell revealed a high risk score

11   based upon the evaluations done.  And if he did the evaluation

12   prior to this offense, these series of offenses, he would

13   score -- it revealed medium risk and a moderate risk based upon

14   the Minnesota Sex Offender Screening tool.

15           THE COURT:  That this person would offend?

16           MR. CRAWFORD:  Yes, yes.  I mean, it's a cognitive

17   series of tests that are done for pseudo-sexual evaluations and

18   in report -- I've used Anne Arundel County Counseling in many

19   occasions.  In the report, they go through the list of what they

20   use to come to that conclusion.  But in the diagnostic summary

21   and also the summary conclusions, they basically give a listing

22   of what they believe should be done in order to help Mr. Bell.

23           And they're talking about a recommendation, obviously,

24   of counseling, followed psychiatric evaluation to rule out

25   mental health factors such as schizophrenia disorder, bipolar

1   type which would cause hallucinations, delusions as well as

2   symptoms of mood disorder, manic episodes and depression.

3           And he also talks about some history as far as child

4   abuse that may have caused a post-traumatic stress disorder that

5   he wants to rule out at some point in time.  Then he talks about

6   counseling, sexual sensitivity awareness, development of

7   socially appropriate behaviors, mechanisms, positive addresses

8   of feeling shame and guilt, behavior control methods, triggers,

9   development sense of honesty, avoidance of fantasies --

10          THE COURT:  You have to go a little bit slower.

11          MR. CRAWFORD:  I'm sorry.  My apologies.

12          The avoidance of fantasies and isolation and

13   understanding the precursors of destructive behavior.

14          In essence, the summary of Mr. Walsh is that he

15   believes there is treatment available for Mr. Bell and he's

16   recommending these treatments, even though is he is at a very

17   high level of possible recidivism.  There's no question that we

18   believe that Mr. Bell is in a situation where he can be redeemed

19   from the standpoint of his training and understanding from a

20   psychological and pseudo-sexual behavioral scenario.

21          I wanted to address something before I forgot about

22   that the Court inquired to counsel regarding any studies done,

23   regarding individuals and any kind of correlation related to

24   past sexual abuse or abuse of any sort, and future conduct as an

25   adult and acting out on that conduct or there's -- these issues.

1      I don't have any specific studies in front of me, but

2  I can tell the Court that there are.  And recently had a

3  situation not long ago with someone who was diagnosed as an

4  adult child of an alcoholic.  And that summary of those symptoms

5  was diagnosed back in the 60's with several written treatise.

6  And since then, it has expand to not just adult alcoholics, but

7  people who have been abused as children.

8      And I want to say also to the Court that there is

9  absolutely no excuse and no reason -- and Mr. Bell and I have

10  talked about this, Carlos and I have talked about this on many

11  occasions for his conduct.  There's no question that this was a

12  horrific scenario, a series of horrific scenarios.

13      And I'm standing here before the Court not arguing

14  that he can justify that conduct because of any past history.

15  What I'm arguing to the Court is that it occurred and I truly

16  believe, as I get into it more with the Court, that the past

17  trauma that he endured caused and made him act out in these

18  scenarios based upon many reasons and issues.

19      So, it's not an excuse, but it's a reason.  And it's

20  important to understand the distinction because he pled guilty

21  here and the government is 100 percent correct when they said to

22  the Court, you know, the victims have these issues and this is

23  hard and there's no question.  I do a lot of sex offense type

24  work.  I know the Court has seen this in many different

25  varieties for many different years.

1          There's no question, Your Honor, that it is a

2   life-changing traumatic experience for these victims that can

3   never possibly be changed, but we don't know exactly what that

4   means here in this case.  We just don't.  We're assuming and we

5   know it had to be traumatic because it was sexual conduct and

6   he -- and in fact, he's here today because -- not really because

7   of the sexual conduct, but because of the videotaping and

8   production that he did.

9          The State is technically dealing with that as far as

10  the specific sexual conduct that occurred here, but we're here

11  technically because of the statute in question.  And there's no

12  question in my mind that there's a correlation between what

13  happened to him as a child.

14         Your Honor, in my opinion, I think I have to sum it up

15  in a couple different words here to really put Mr. Bell's life

16  in some sort of assemblage of understanding.  Secrets, family

17  secrets, life secrets, those are the words that jump out at me

18  as far as describing what happened to this young man.

19         What's very interesting and I don't want to offend

20  anyone in the court, but I'm here because this is a very serious

21  situation with Mr. Bell.  His life is in the Court's hands in

22  many ways, but this is a very serious situation.

23         His dad is here today and I give his dad so much

24  credit for coming in and talking to the Court about some of the

25  things that happened and some of the things he did.  Mr. Bell

1   had almost no contact with his dad most of his life.  He was

2   there as a child for a little bit.  But when he was there as a

3   child, he was abused physically; hit, struck, mentally abused,

4   emotionally abused while his dad was using drugs; not just one

5   type of drug, but many types of drugs and Mr. Bell saw this.

6         Now, talking to his mom, they got divorced, I believe

7   it was 2005, and the fighting, the arguing -- they lived in a

8   trailer park for a period of time.  They had no water, no heat.

9   They had to look for, basically, some help as far as funding to

10  do that and they survived.

11        Again, it goes back to family secrets, but the issue

12  here is and Mrs. Bell didn't know this, his mom didn't know

13  this, at the age of seven Carlos started looking at pornography,

14  hard core, high speed pornography.  And when he was nine or ten,

15  he started looking at -- he said, straight pornography first and

16  then gay pornography when he was ten years old or so.

17        He was abused as a child and throughout his teenage

18  years not just by family members.  I'm not accusing Mr. Bell or

19  Mrs. Bell because they had no idea, but other family members and

20  Carlos is really mixed up as far as whether or not saying

21  something about that, not saying something about that.  But

22  we're not just talking about one abuse.  We're talking about a

23  teenager at an early age all the way up through his teens, into

24  his twenties, he was having sex with men who were coming to his

25  house when his mom was gone hundreds of time through the

1    Internet, through contact, through chat rooms.  He was a kid.

2            Judge, in many ways, his actions are a direct mirror

3    of what he went through.  Is it right?  No.  And is the

4    government correct that an adult should find ways of fixing

5    that?  Absolutely.  But in many ways and I want to say this

6    because I believe in my heart that it's true, he was abused by

7    members of Charles County School System.

8            And how ironic is it now that he became a member, an

9    employee of the Charles County School System and now he's being

10   sued via that issue.  How ironic.  It goes back to what I said,

11   it's family secrets, secrets, sexuality as far as abuse.  It's

12   kept hidden, it's not disclosed.  And that's what happened to

13   this young man for many years.

14           I also believe -- I'm a big advocate and in many cases

15   in the federal court and state court I argue as far as

16   pornography.  I'm a big anti-pornography person.  I think that

17   in our society in the last 15 years with high speed pornography

18   that individuals like Carlos and other young men and other

19   people have watched that and become desensitized.

20           There's been a lot of books written about what

21   pornography does as far as not allowing individuals to really

22   think and understand what the act of sex is really all about.

23   It minimizes it.  It makes it okay.

24           He was watching pornography -- again, I don't want to

25   embarrass him, Your Honor, but I've talked to him about this.

1    He was watching pornography every day from the age of almost

2    eight years old.  He was masturbating several times day.  He

3    doesn't know why.  He doesn't understand it.

4         When I first met him in jail, we had a long talk about

5    this.  And he said, I don't understand my sexual proclivities.

6    I don't understand how or why.  I hate it, but I do it.  He's a

7    product in many ways of our society as far as that underground

8    and those secrets.

9         It's really sad because now we're standing here and

10   the Court is talking about his life and how many years to give

11   him in federal prison and then you also have other victims.  The

12   cycle goes on and on and on.  How do we stop it?  How do we stop

13   it?

14        Well, the Court obviously has a duty and as the

15   government said and the Court briefly went over as far as

16   protecting the community, making the sentence fair and just,

17   putting him in a situation where -- and I truly believe, Your

18   Honor, that in this case, this is a question, is he redeemable?

19   Is there a situation where you give Carlos hope of being in a

20   situation at some point in time in his life he cannot be in

21   federal prison?  That's the real issue here.

22        And again, these are very, very serious charges, but

23   no one lost their life.  Not to minimize the actions and what

24   happened to the victims at all, at all, Your Honor, but I'm

25   trying to put it in perspective as far as what does the Court do

37

1   here?  And how does the court weigh the balances in this

2   situation?

3         I'm asking the Court to consider a downward departure

4   in this situation.  I believe a total sentence of 30 years,

5   however the Court wants to construct it as far as the

6   consecutive and concurrent counts are concerned puts the

7   community in a situation where they are protected.  I think that

8   the -- wherever Mr. Bell is sent as far as federal prison that

9   he should be in a situation where he can receive help to help

10  him understand these issues.

11        He's a human being.  He's an individual.  He doesn't

12  deserve to be thrown away.  And I know that's not what anybody

13  is talking about, but I'm just saying out loud that he deserves

14  to have someone extend a hand.

15        What he did was wrong.  There's no question about it.

16  And it was systematic, we understand that, but it was also

17  systematic in his mind about how he engaged in these sexual

18  encounters as a teenager.

19        At first, he was very reluctant to talk about that and

20  as the government said, it was self-reporting.  Well, now you

21  have his counsel saying it to the Court, he's going to say it to

22  the Court, the PSI refers to it, Mr. Walsh's report refers to

23  it.  You know, for someone to make something like that up, it's

24  kind of insidious, but the Court can take it for what it's

25  worth.

1          But again, we're not saying, well, he was abused,

2     therefore, he needs to be forgiven.  No, I'm trying to say to

3     the Court that this is a situation where the Court needs to look

4     at all of Mr. Bell's issues and what happened to him in this

5     situation.

6          Regarding the government's memorandum, Your Honor, the

7     one thing I want to point out is that on page 7 as the Court

8     referred to all the other sentences, 86 examples over the years

9     of other courts giving individuals of similar situations, all we

10    know from what the government provided is that he's been charged

11    with the same thing.  We know they've been charged with the same

12    thing as him today.  We don't know the details as far as the

13    extent of what these individuals did.

14         I mean, I've seen situations where you have

15    individuals who photograph, manufacture, create pornography for

16    the Internet or for other purposes to make money to put in their

17    pockets.  I think there's a clear distinction between that and

18    what happened here with Mr. Bell.

19         Clearly, what happened here with him was for his own

20    gratification.  It was manipulative, no question about it.  The

21    question also becomes and it's right on the edges, well, what

22    type of guidance or what type of responsibility did he have for

23    these kids?  Was he in school at the time?  Was he not in

24    school.  These are all questions that come up, but I would argue

25    that the 150 years the government is asking for is greatly

1    over-exaggerated here, greatly over exaggerated.

2            Mr. Bell took immediate action here to plead guilty.

3    He didn't put the government through the -- on the treadmill.

4    He basically said, you know what, I don't want the victims

5    coming in here.  I don't want the families to have to go through

6    this.  I recognize that.

7            He's gone through somewhat of a transition while he's

8    been in prison.  He's lost some weight and he been -- where he

9    is right now, Your Honor, he's basically saying, why?  How did I

10   do this?  What's going on?  So he recognizes that he needs help

11   and he recognizes that he wants help and wants to be in a

12   situation where that can occur.

13           There's no question that he is sick.  There's no

14   question he has mental health issues.  Just talking to him he's

15   telling me -- just asked him a couple minutes ago, are you still

16   having any kind of hallucinations.  He said, yes.  He's

17   receiving really no or very little medication in the county jail

18   in Charles County to help treat this.

19           I think that a facility that is experienced, like a

20   Fort Dix and there are other facilities, but is highly motivated

21   and also has the ability to really, really try to help Mr. Bell

22   in this situation.

23           As far as probation is concerned, obviously, as the

24   Court knows, if the Court were to say, you know what, I'm going

25   to go along with what you're saying, Mr. Crawford.  Thirty years

1   is a long time.  He's 30 years old.  You're talking many, many

2   years from now.

3            He would be on a lifetime supervision.  He also would

4   be required to be register as a sex offender.  In some states

5   he's required to register even as he's incarcerated.

6            He has HIV.  It's my understanding from talking to his

7   mom and looking at the reports that the HIV was barely

8   detectable, so it was very unlikely or very small chance of any

9   spreading of something along those lines, but nonetheless it was

10  still put at risk.  He understands that.

11           I just think that based upon all the circumstances

12  that Mr. Bell deserves a chance here by the Court to at least

13  have some semblance of life of hope.

14           The Court can't control what the state is going to do.

15  The Court can only impose a sentence based upon all the factors

16  and what occurred here.

17           A couple other things I want to address very briefly

18  if I can.  The Court or the government addressed these beatings

19  and this gang-related issue.  Now, of course, counsel and I both

20  are at a disadvantage.  We can only look at the video and see

21  what the reports show and the evidence shows, but from

22  Mr. Bell's standpoint, I understand from the video that there

23  were a couple of the videos in question, that there was physical

24  contact in that regard and there were discussions about a gang

25  that he knew about in LA, but apparently that was more of a

1    discussion.  It wasn't as if he was trying to say to these kids

2    or these victims, pardon me, Your Honor, these victims that

3    somehow or another this is what's going to happen.  It was more

4    as part of the discussion.

5            And frankly, it was manipulative.  There's no question

6    about that.  It put these kids at risk and Mr. Bell was using

7    what he could use to put them in a situation for sexual

8    purposes.  There's no question about that and I think we've

9    established that.

10           But what I'm asking the Court to look at is principles

11   of fairness and justice and his background.  The pornography,

12   physical and prolonged abuse, the sexual abuse and all these

13   issues combined equals a Carlos Bell that is really and has been

14   crying out for help for many, many years.

15           And the sole issue here, I think, for the Court is

16   really to decide, do we give him 150 years which puts him

17   completely out of commission or do we put him in a situation

18   where he has some opportunity, some hope for the future.

19           Last thing I want to address, Your Honor, is Mrs. Bell

20   gave me several letters from family members.  We just received

21   them and I just, basically, want to sum up that it's about six

22   letters.  And in fairness, the individuals didn't want to put

23   their name on it because of publicity in the media, but they all

24   say that Mr. Bell was a fair, kind, loving type individual.

25           He helped them.  He was somebody who when on the

1   outside did good things for them and he was able to function in

2   society.  And I think it just goes back to this deep dark secret

3   that he had starting with family secrets and starting with the

4   sexual abuse secrets.  And I think that's the operative word.  I

5   think finally it's out in the open and I'm asking the Court to

6   take all these things into consideration for a fair sentence.

7            That's all I have, Your Honor.

8            THE COURT:  All right.  Counsel, I'd like to ask you

9   to approach for the sealed portion of this proceeding and let's

10  make sure that the headset is working and Mr. Bell can hear the

11  conversation up here.

12       (Bench conference.)

13            THE COURT:  Mr. Bell, can you hear me in the headset?

14  You can?  All right, thank you.

15            There is no cooperation agreement.  Therefore, there's

16  nothing to be put under seal at this time, is that right?

17            MR. CRAWFORD:  Yes, Your Honor.

18            MR. HAGAN:  That's correct.

19            THE COURT:  All right.  Thank you.

20       (Open court.)

21            THE COURT:  All right.  That concludes the sealed

22  portion of this proceeding.

23            Mr. Crawford and Mr. Bell, you -- let me speak

24  directly to Mr. Bell, but Mr. Crawford will advise.

25            At this particular time, you have the right to make a

1   statement to me before I announce my sentence.  You are not

2   required to do so.  You have the right not to do so.  If you

3   choose not to make a statement, I will not draw any adverse

4   inference or hold that against you.  But if you do wish to be

5   heard on that, then I will be happy to hear what you have to say

6   at this time.

7           You may remain seated.  You do not have to stand, but

8   you need to speak so that your voice is slowly enough so it can

9   be recorded by our court reporter and loudly enough so it can be

10  heard, all right.  So, if you want to be heard at this time,

11  Mr. Bell, this is the time to do it, sir.

12          THE DEFENDANT:  Thank you, Your Honor.  I initially

13  wrote a nine-page letter, but it's kind of impossible to put all

14  the pain and suffering that I experienced as a child in a

15  letter, so I'm just going to concentrate it so it can just be

16  condensed.

17          It all started when I was very young.  I learned that

18  I had photographic memory, which my mom had me tested for.  So

19  everything single thing that I seen from pornography, from

20  arguments, from role play situations in pornography, from movies

21  and TV, from my observations of what my parents did and what

22  I've seen, it stuck with me all my life.  And the biggest reason

23  why I didn't tell anybody about my multiple abuses, physical

24  abuse, mental and emotional abuses is because I didn't love

25  myself as a child.  And he felt that if I didn't love myself,

1   then nobody else would love me.  I felt it was impossible to

2   change who I was, to change how I felt about myself.  So that's

3   the reason I never told anybody about it.

4       I was abused from elementary school to high school

5   sexually, emotionally, physically and mentally.  And it really

6   pains me severely that I hurt people in similar ways that I was

7   hurt as a child and I'm extremely, extremely sorry for all my

8   transgressions in this matter.  I'm sorry, everyone.  Thank you.

9       THE COURT:  Thank you, sir.

10      Mr. Bell, I would like to begin by making the

11  observation, of course, that we're in court today to deal with

12  the sentencing in a case where there are no winners and a lot of

13  people who lost an awful lot.

14      It is difficult for parents, I'm sure, to be in court

15  as your parents are to wait to see what the sentence will be for

16  their son.  They have acknowledged what happened when you were

17  growing up that at times they didn't know about and at times

18  they were responsible for.

19      Not in the court today, of course, are the parents of

20  the 42 victims who will themselves go through life with the same

21  challenges and fears and anxieties and self-doubt and

22  self-loathing that you yourself went through.  And that is one

23  of the remarkably tragic ironies of the fact that it is not

24  unusual when sentencing someone for child pornography and abuse

25  crimes to hear that they had that same conduct in their own

1   behavior.

2          I want to focus on the first factor that I'm required

3   to consider here, which is the nature and consequences of the

4   offense, which is also the dangerousness to the community.  It's

5   hard today to imagine if you are someone of my age and

6   generation the vast array of dangers that children in our

7   society face that they didn't face when I was growing up.

8          This last weekend, hundreds of thousands of young

9   members of our community came from where they live to be heard

10  about one area of danger and concern that they have going to

11  school.  I went to a lot of schools growing up because my father

12  was in the Army.  I lived all over the world and I know there

13  was never a time I had to worry about being shot when I went to

14  school.

15         There are challenges now because we live in a

16  environment where everyone, almost everyone is constantly using

17  and focusing on electronic media.  And while there are many

18  things that electronic media can do to provide us with

19  information we couldn't get before and to open doors and to do

20  good, there's a very dark side of social media as well and it

21  allows individuals to be contacted anonymously by people who are

22  sometimes not what they purport to be, who are doing so for

23  purposes of trying to manipulate and victimize those who think

24  that they are sophisticated, but are really very vulnerable.

25         And the use of these social media and other devices

1     and the risk that they can involve is another challenge and a

2     risk that young people today have to deal with that no other

3     generation before them has really had to struggle with.  And

4     that's on top of all the other things that they deal with as

5     kids; exposure to substance abuse, alcohol abuse, problems at

6     home.

7          When you take that and you put an overlay on them in

8     terms of the kinds of conduct here and you underscore that

9     conduct by the fact that the individual who is responsible for

10    doing it was a person connected with their school, charged with

11    their protection and their development, it is hard not to

12    imagine that there are 42 young members of the Charles County

13    community who have been sentenced to life sentence of trying to

14    deal with the consequences of what was done to them by someone

15    who they had every right and expectation to be able to trust.

16    And that is a -- that is really a betrayal, sir.

17          The conduct, as I read now from the Statement of

18    Facts, included assuming an online identity of a minor male or

19    female to solicit minors to provide videos of themselves

20    engaging in sexual conduct; sexualizing young children before

21    they're at a point when they have any way of understanding what

22    that activity and what that aspect of life means.  Convincing

23    minors that they're going to be inducted into a gang and

24    striking them as a form of violent initiation into a gang.

25    Providing them with alcohol, controlled substances prior to

1   producing images of their being sexually exploited.

2   Surreptitiously recording them engaging in sex acts with

3   themselves and others and with devices that were provided to

4   them.

5          And on top of that, having actual anal and oral sexual

6   activity with some of these victims at a time when you knew that

7   you yourself had HIV, which although I guess through the mercies

8   of modern medicine is not the definite death sentence that it

9   was 20 years ago is a concern now that these young victims will

10  have to deal with on top of everything else.

11         They're not equipped to deal with this, as I will give

12  you the benefit of the doubt saying that you yourself was not

13  equipped to do so.  And I fear and wonder whether 20 or 30 years

14  from now in some other courtroom some other judge will look down

15  at one of them and have the unenviable task as I have today of

16  pronouncing a sentence on them and hear them say, well, I lived

17  in Charles County when I grew up.  And there was this coach,

18  there was this leader and here's what happened.

19         We don't really know from those 42 victims what they

20  feel.  We know from the mom of one of them, Jane Doe, and she

21  can't be here today because if she were here then the community,

22  the small community and tight community and proud community of

23  Charles County would be able to figure out pretty quickly that

24  she wasn't here just because of idle curiosity.

25         I can't tell you what the other 41 victims would say,

but I can tell you what Victim Number One's mom says of him.

She's noticed a change in his behavior and his attitudes.  For three years he's been anxious and angry, cautious and fearful, his grades have suffered.  He's in a therapy program beginning when he was in the seventh grade and his behavior has continued to deteriorate and get worse.

He is seeing a psychiatrist.  He's taking medication to try to give him some measure of comfort.  He's got anger spells, anxiety, mood disorders, tension, post-traumatic stress disorder.

You spoke of how when you were a child you behaved in ways because you did not love yourself and could not imagine anyone loving you.  I wonder whether if we had him here today to ask him, Victim One would tell us that he loved himself.  I suspect his answer would be the same that yours was.

She has found that there are times when she comes home, he's isolated himself.  He goes in his room and locks the door.  He won't eat.  He won't talk to his mom, tell them what's bothering him.  He's very protective and cautious of his younger siblings and he's constantly worried and anxious.

He is confused about his sexuality.  He doesn't want his peers to understand this.  You know, children at times, they can be very precocious and funny and delightful, but they can be cruel and vicious.  And just imagine a young man at this age in high school where peer pressure and the comments of others can

1   be so, so vicious and hurtful if this was out there.  And so

2   he's petrified that he going forward in life will be attracted

3   to the same kind of behavior that was done to him.

4         Now, as would happen to any parent, when she realized

5   what happened, she now has her own overlay of problems.  She

6   blames herself.  She's had problems with her professional career

7   because she's had to take time from the development of that to

8   take care of her child and her own emotional, mental health has

9   suffered.  And she doubts whether he'll ever be able to have a

10  healthy social life with other people.

11        She takes her son to the doctor every six months to

12  get HIV and STD tests.  And at night as she waits for those test

13  results, she finds herself in a particular hell that only a

14  parent can be in when they wait to get those results.

15        I don't doubt that you suffered when you were a child

16  and I will never live long enough to understand why it is that

17  people who suffered it in that way turn around to suffer or

18  cause others to suffer the same way, but they do and you did.

19        And it seems to me that in this particular case, the

20  sentencing factor which is most significant to me is the need to

21  protect the community, to protect those who were the victims to

22  impose a sentence that recognizes the impact that these acts had

23  on their lives and will have on their lives forever.

24        Like you, they too were sentenced at a age when they

25  were sentenced to a life, a life of being imprisoned in the

1    memories of the events that occurred to them.  And they'll

2    never, ever, ever get probation or early release from those

3    sentences.

4         So, I need to impose a sentence that will protect the

5    public, that will take into consideration the seriousness of

6    this offense and what it represented, the number of folks that

7    were victims, the aggravating factors that it was done by you

8    when you knew that they, that they -- that you were HIV

9    positive.

10         Mr. Crawford has argued skillfully and persuasively on

11    your behalf and you are fortunate to have had him as an

12    attorney.  He said and I wrote this down when he said it, "No

13    one lost their lives."  I'm not sure the parents of those kids

14    would agree with that.  I'm not sure those kids themselves would

15    agree with that, Mr. Bell.  I think that they would say that

16    they did lose their lives; their lives, their innocence, their

17    hope, their faith in their schools and their teachers and their

18    parents.  So, I'm not sure with respect that I can agree with

19    that observation by Mr. Crawford.

20         I've looked at the Presentence Report.  I know what

21    your history and characteristics are.  I've taken them into

22    consideration and I think that the proper way to deal with that

23    is through recommendations as for treatment during the period of

24    your incarceration and as conditions of supervised release as

25    recommended by the Presentence Report.

1       I have been a judge for over 21 years and I have never

2   had a sentence to impose that had the potential for being this

3   long of a sentence.  There are some who litigate the issue of

4   death penalty cases in the federal courts and they refer to as

5   life imprisonment with no possibility of parole as death by

6   imprisonment.  And certainly the sentence that's being

7   recommended by the government of 150 years in the federal system

8   where there's is no parole is nothing short of death by

9   imprisonment.  And that is a very severe sentence, indeed, and

10  should never be imposed without the most careful consideration

11  and difficult, frankly, struggle.

12      I will tell you that however much the abuse that you

13  suffered as a child is something that is relevant to my

14  sentencing consideration and it's properly considered, when a

15  person becomes of an age where they are an adult and they can

16  seek help and they can try to take action to deal with their own

17  demons and they are in a position of authority and are charged

18  with taking care of young persons in our society, then while

19  they their past is something that defines who they are, it is

20  not an excuse for their behavior.

21      The psychological report that was provided to me this

22  morning from Anne Arundel Counseling indicates, as Mr. Crawford

23  pointed out, on the final page that the sexual adjustment

24  history revealed a high risk range.  And when I asked him, he

25  confirmed that it meant a high risk of offending.

1          I have to consider a sentence that will guard against

2     the possibility that an early release would allow you back into

3     the community, even under supervised release in a way where you

4     might be a high risk of reoffending.  And so that -- the factors

5     that to me are most important are the history and

6     characteristics of the offense, the need to protect the public,

7     a sentence that promotes respect for the law.

8          What can we do?  We can't go back in time and undo the

9     acts that these children will face the memories of for the rest

10    of their lives.  So what do we do when we find we must sentence

11    people for these acts?  We must act in a way that imposes a

12    sentence that while no comfort otherwise to these victims

13    recognizes the severity of what they've suffered.  Anything less

14    than that would be adding insult to injury.

15         And for that reason I impose the following sentence,

16    which I have carefully considered and believe to be sufficient

17    but not greater than necessary to achieve the goals of

18    18 U.S. Code Section 3553.

19         For Count One, I sentence you to 15 years

20    imprisonment, which is the mandatory minimum period.

21         For Count Two, I sentence you to 15 years imprisonment

22    consecutive to Count One.

23         For Count Three, I sentence you to 15 years

24    imprisonment consecutive to Count Two.

25         For Count Four, I sentence you to 15 years

1    imprisonment consecutive to Count Three.

2        For Count Five, I sentence you to 15 years

3    imprisonment consecutive to Count Four.

4        For Count Six, I sentence you to 15 years imprisonment

5    consecutive to Count Five.

6        For Count Seven, I sentence you to 15 years

7    imprisonment consecutive to Count Six.  Those consecutive

8    sentences total 105 years.

9        For Counts Eight, Nine and Ten, I sentence you to 15

10   years each to run concurrently with each other and with Count

11   Seven, which means that I am sentencing you to a total period of

12   imprisonment of 105 years.

13       I am aware that that's a life sentence and I –– and I

14   do that with great sadness when I realize what that means for

15   you and for those people who have spoken on your behalf.  But I

16   believe that any sentence that's less than that would send a

17   signal that what these 42 victims have suffered is not something

18   that has to be acted against with the greatest of forcefulness

19   with the tools available to us.  Otherwise, it is one more

20   victimization of what they will suffer and then the judge

21   treated this as if it was a traffic offense.

22       I will place you on supervised release, if supervised

23   release ever becomes a reality –– it's hard to imagine that it

24   will with 105 years sentence –– for the rest of your life, each

25   count to run concurrently.

1          I agree with each of the supervised release conditions

2    that were recommended by the Presentence Report which began at

3    page 26 and 27.  They include participating in substance abuse

4    treatment; substance abuse testing; mental health treatment;

5    participating in a sex offense specific assessment;

6    participating in a sex offense treatment program; allowing the

7    probation officer to install computer monitoring software on any

8    computer that you might use; to allow the probation officer to

9    conduct periodic initial -- unannounced searches; prohibiting

10   contact with any child under the age of 18 without permission of

11   your probation officer; prohibiting you from going to or

12   remaining at a place where children are known to congregate; not

13   going or remaining in any place for the primary purpose of

14   observing or contacting children under 18; not communicating in

15   any way or responding to any communication of the victims in

16   this case; and not using photography or surveillance equipment

17   or any other similar devices without first obtaining the

18   permission of the probation officer.

19          I will not impose a fine because you will have no

20   ability pay it.  There will be a $100 special assessment for

21   each count, which totals a thousand dollars to be paid as

22   directed by the probation department.

23          I will recommend that you be housed at Fort Dix, that

24   while you are incarcerated that you receive mental health

25   evaluation and treatment which is recommended by your own

1   psychological evaluation and if available and you qualify, sex

2   offender treatment.

3           And I am going to also order consistent with the joint

4   request of your attorney and the United States Attorneys' office

5   that this agreement as to primary jurisdiction over the

6   defendant be attached to the Judgment of Conviction and be part

7   of that so that it can memorialize the agreement between the

8   State's Attorneys office for Charles County, Maryland and the

9   United States Attorneys' office.

10          So, I'm giving that to you, Shante, for that purpose.

11          And that is the sentence of this Court.  I will

12  prepare a Judgment of Conviction this week.  If you believe that

13  there's any right that you have to appeal that has not been

14  waived by the Plea Agreement, you must notice that appeal within

15  14 days of the entry of the Judgment of Conviction or if the

16  United States should enter an appeal, within 14 days of the

17  entry of appeal by the United States.

18          Mr. Hagan, is there -- are there any outstanding

19  charges that need to be addressed at this time, sir?

20          MR. HAGAN:  There are not, Your Honor.

21          THE COURT:  Is there anything further that the

22  United States believes needs to be addressed at this time?

23          You're going to give me the restitution agreement that

24  I will sign once I get it.

25          MR. HAGAN:  Yes, sir.

```
 1              THE COURT:  All right.  Anything further from the

 2    United States?

 3              MR. HAGAN:  No, Your Honor.

 4              THE COURT:  Anything further, Mr. Crawford?

 5              MR. CRAWFORD:  Just a couple of notes quickly, Your

 6    Honor.  I understand that there may be issues with incorporating

 7    this in the order, but any sentence -- would the Court consider

 8    any language indicating any sentence the state gives in this

 9    situation is to run concurrent?  I know there's certain issues

10    with that as far as the language, but I understand the

11    government is not opposed to that.

12              THE COURT:  Here is the --

13              Mr. Hagan, you want to be heard on that?

14              MR. HAGAN:  I have no opposition to a sentence running

15    concurrent.

16              THE COURT:  That this sentence be ordered to run

17    concurrently with any state sentence imposed by Charles County

18    with respect to the specific case referenced in the agreement?

19              MR. HAGAN:  No objection to that request, Your Honor.

20              THE COURT:  Okay.  I will enter that.  So that this

21    sentence -- let me say in the PSR that this sentence will run

22    concurrently with any sentence imposed by Circuit Court for

23    Charles County.

24              And, Shante, we need to specifically refer to the case

25    number that is in that agreement that I just gave you.
```

1              So I will order that, sir.

2              MR. CRAWFORD:  Thank you, Judge.  I think the

3      restitution is addressed.  The only other issue would be the

4      electronic equipment, I believe, he's waiving.  Understand

5      counsel will do an order for that --

6              THE COURT:  I'm sorry, on the Forfeiture Order.

7              MR. CRAWFORD:  Forfeiture, right.

8              THE COURT:  Have you prepared a Forfeiture Order as

9      well?

10             MR. HAGAN:  We have, Your Honor.  On my way to court

11     today, I realized that some of the items were incorrect.

12             THE COURT:  So I will get both the Restitutionary

13     Order and a Forfeiture Order from you?

14             MR. HAGAN:  The Restitutionary Order was filed

15     yesterday, Your Honor.  I will submit another copy to the Court.

16             THE COURT:  Let me -- I don't know that I got it, that

17     there was an order with that.  I got a motion for a

18     restitution --

19             Is there a Restitution Order on the docket?

20             THE DEPUTY CLERK:  No, Your Honor.

21             THE COURT:  We don't have an order.  So if you do, if

22     you file something, I need to have an order to be able to sign

23     off on.

24             All right.  If it's nothing further at this time, then

25     we're in recess.

1          (Recess at 10:50 a.m.)

2                              *    *    *

3

4

5                    CERTIFICATE OF COURT REPORTER

6       I, Linda C. Marshall, certify that the foregoing is a

7    correct transcript of the record of proceedings in the

8    above-entitled matter.

9

10

11              /s/
                _____
12              Linda C. Marshall, RPR
                Official Court Reporter
13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$100 [3]**  2/20 6/9 54/20
**$250,000 [2]**  2/20 6/11

## /

**/s [1]**  58/11

## 0

**00577 [1]**  1/5

## 1

**1,200 [1]**  20/11
**1.2 [1]**  4/18
**1.4 [1]**  4/18
**10 [1]**  20/4
**100 percent [1]**  32/21
**105 [3]**  53/8 53/12 53/24
**107 [1]**  5/21
**10:50 [1]**  58/1
**11 [1]**  22/20
**11,000 [1]**  20/12
**115 [1]**  20/19
**117 [1]**  14/7
**12 [2]**  4/2 26/24
**14 [2]**  55/15 55/16
**1435 [1]**  1/18
**15 [17]**  2/18 6/1 7/23 8/1 8/2 8/7 8/10
  22/22 35/17 52/19 52/21 52/23 52/25
  53/2 53/4 53/6 53/9
**150 [8]**  7/22 7/22 17/17 20/8 20/19
  38/25 41/16 51/7
**16 [3]**  3/21 4/2 5/21
**17 [1]**  22/20
**17-00577 [1]**  1/5
**17-577 [1]**  2/2
**18 [4]**  2/17 52/18 54/10 54/14
**18th [1]**  2/23

## 2

**20 [2]**  47/9 47/13
**200 [1]**  1/14
**2005 [1]**  34/7
**2018 [3]**  1/7 2/23 3/1
**20770 [1]**  1/14
**21 [1]**  51/1
**21227 [1]**  1/18
**2251 [1]**  2/17
**23rd [2]**  2/13 9/7
**26 [1]**  54/3
**27 [2]**  1/7 54/3
**28th [1]**  3/1

## 3

**30 [6]**  2/19 6/1 8/8 37/4 40/1 47/13
**301 [1]**  1/23
**301-344-4516 [1]**  1/15
**31 [1]**  20/3
**32 [1]**  3/25
**3229 [1]**  1/23
**344-3229 [1]**  1/23
**3553 [2]**  19/24 52/18
**38 [3]**  4/8 4/11 4/23
**3D1.1 [1]**  4/18
**3E1.1A [1]**  5/11
**3E1.1B [1]**  5/12

## 4

**41 [1]**  47/25
**42 [6]**  22/10 22/20 44/20 46/12 47/19
  53/17
**43 [5]**  4/25 5/9 5/17 5/18 5/23
**443-709-9999 [1]**  1/19
**45 [2]**  5/15 5/15
**4516 [1]**  1/15
**46 [1]**  5/11
**48 [1]**  5/9
**4B1.1 [2]**  5/1 5/3
**4B1.5 [1]**  5/4

## 5

**50,000 [1]**  6/11
**577 [1]**  2/2

## 6

**60's [1]**  32/5
**6500 [1]**  1/14

## 8

**86 [3]**  20/4 20/15 38/8

## 9

**9999 [1]**  1/19
**9:07 [1]**  1/8

## A

**a.m [2]**  1/8 58/1
**ability [5]**  13/3 13/21 13/22 39/21 54/20
**able [13]**  11/15 23/7 23/19 24/10 24/17
  29/24 29/25 29/25 42/1 46/15 47/23
  49/9 57/22
**about [55]**  7/15 8/5 10/15 10/20 11/6
  11/7 11/12 15/24 18/4 18/5 18/22 19/9
  19/15 19/17 19/18 22/2 25/17 26/8 27/8
  27/13 28/3 28/17 30/23 31/3 31/5 31/21
  32/10 32/10 33/24 34/21 34/21 34/22
  34/22 35/20 35/22 35/25 36/4 36/10
  37/13 37/15 37/17 37/19 38/20 40/24
  40/25 41/6 41/8 41/21 43/23 44/2 44/3
  44/17 45/10 45/13 48/21
**above [2]**  22/14 58/8
**above-entitled [1]**  58/8
**absolutely [2]**  32/9 35/5
**abuse [28]**  11/18 11/20 15/9 16/7 16/8
  16/10 16/18 16/22 16/22 16/24 22/9
  25/18 25/20 31/4 31/24 31/24 34/22
  35/11 41/12 41/12 42/4 43/24 44/24
  46/5 46/5 51/12 54/3 54/4
**abused [16]**  9/16 12/25 14/6 14/16 15/6
  16/24 25/19 27/8 32/7 34/3 34/3 34/4
  34/17 35/6 38/1 44/4
**abuser [1]**  25/21
**abuses [2]**  43/23 43/24
**accept [1]**  23/22
**acceptance [1]**  5/10
**accepted [2]**  2/24 25/7
**access [2]**  9/10 16/2
**according [1]**  9/13
**accused [1]**  17/14
**accusing [1]**  34/18
**achieve [2]**  10/21 52/17
**achieving [1]**  10/22

**acknowledged [1]**  44/16
**acknowledging [1]**  5/13
**across [1]**  8/25
**act [5]**  4/4 18/12 32/17 35/22 52/11
**acted [1]**  53/18
**acting [1]**  31/25
**action [3]**  1/4 39/2 51/16
**actions [3]**  16/17 35/2 36/23
**activity [4]**  5/5 25/1 46/22 47/6
**acts [7]**  14/17 15/12 17/3 47/2 49/22
  52/9 52/11
**actual [3]**  3/8 9/25 47/5
**actually [1]**  10/9
**add [1]**  5/9
**adding [1]**  52/14
**addition [1]**  6/6
**additional [2]**  4/3 5/12
**Additionally [1]**  23/14
**additions [1]**  3/6
**address [7]**  19/23 23/5 25/17 25/17
  31/21 40/17 41/19
**addressed [4]**  40/18 55/19 55/22 57/3
**addresses [1]**  31/7
**adjusted [3]**  4/7 4/10 4/17
**adjustment [2]**  4/21 51/23
**adjustments [1]**  4/19
**administrators [1]**  12/19
**adolescents [1]**  9/9
**adopt [1]**  3/17
**adopting [2]**  10/10 12/22
**adult [11]**  12/22 14/13 15/4 16/8 16/15
  17/9 31/25 32/4 32/6 35/4 51/15
**adults [2]**  16/1 16/4
**advance [1]**  24/9
**adverse [1]**  43/3
**advise [1]**  42/24
**advised [1]**  7/11
**advocate [1]**  35/14
**afford [1]**  23/19
**after [6]**  7/8 15/22 21/7 22/11 22/11
  28/24
**again [12]**  10/25 11/17 13/24 18/1 18/4
  18/6 26/7 28/1 34/11 35/24 36/22 38/1
**against [8]**  2/15 5/7 11/5 18/12 20/10
  43/4 52/1 53/18
**age [11]**  4/2 13/9 22/19 34/13 34/23
  36/1 45/5 48/24 49/24 51/15 54/10
**Agent [1]**  2/5
**aggravating [1]**  50/7
**aggravators [2]**  20/25 21/3
**ago [4]**  16/19 32/3 39/15 47/9
**agree [4]**  50/14 50/15 50/18 54/1
**agreed [1]**  7/9
**agreement [9]**  2/22 9/7 42/15 55/5 55/7
  55/14 55/23 56/18 56/25
**ahead [4]**  7/1 24/13 24/20 26/15
**AIDED [1]**  1/24
**alarm [1]**  10/13
**alcohol [3]**  9/18 46/5 46/25
**alcoholic [2]**  25/22 32/4
**alcoholics [1]**  32/6
**all [45]**  2/8 2/12 4/16 6/17 7/14 7/18
  12/5 20/9 20/16 21/2 23/10 24/1 24/7
  24/20 24/25 26/12 26/14 27/23 34/23
  35/22 36/24 36/24 38/4 38/8 38/9 38/24
  40/11 40/15 41/12 41/23 42/6 42/7 42/8

# A

**all... [12]** 42/14 42/19 42/21 43/10 43/13 43/17 43/22 44/7 45/12 46/4 56/1 57/24
**alleged [2]** 2/16
**allow [5]** 16/2 16/2 16/3 52/2 54/8
**allowing [3]** 28/2 35/21 54/6
**allows [1]** 45/21
**almost [4]** 11/12 34/1 36/1 45/16
**alone [1]** 17/16
**along [2]** 39/25 40/9
**already [1]** 13/15
**also [19]** 2/20 14/7 16/24 25/21 25/23 26/23 29/12 30/4 30/21 31/3 32/8 35/14 36/11 37/16 38/21 39/21 40/3 45/4 55/3
**alternatives [1]** 13/23
**although [3]** 9/24 12/12 47/7
**always [2]** 26/18 27/18
**am [4]** 16/15 53/11 53/13 55/3
**AMERICA [2]** 1/4 2/3
**amiss [1]** 9/22
**among [2]** 10/23 14/19 19/7
**amongst [1]** 12/14
**amount [2]** 21/18 26/9
**amounts [1]** 4/20
**anal [1]** 47/5
**analyses [1]** 14/15
**anecdotally [1]** 15/2
**anger [1]** 48/8
**angry [1]** 48/3
**Anne [2]** 23/16 29/15 30/3 30/18 51/22
**announce [1]** 43/1
**anonymously [1]** 45/21
**another [9]** 4/5 10/11 10/18 14/17 14/21 22/17 41/3 46/1 57/15
**answer [1]** 48/15
**anti [1]** 35/16
**anti-pornography [1]** 35/16
**anxieties [1]** 44/21
**anxiety [1]** 48/20
**anxious [2]** 48/3 48/20
**any [39]** 6/22 9/8 9/19 10/6 13/9 13/17 13/22 13/23 15/17 16/22 21/17 23/1 23/2 29/17 29/18 31/22 31/23 31/24 32/1 32/14 39/16 40/8 43/3 46/21 49/4 53/16 54/7 54/10 54/13 54/15 54/15 54/17 55/13 55/18 56/7 56/8 56/8 56/17 56/22
**anybody [5]** 12/13 27/19 37/12 43/23 44/3
**anymore [2]** 17/1 19/15
**anyone [6]** 6/22 17/1 21/17 25/14 33/20 48/13
**anything [5]** 9/25 52/13 55/21 56/1 56/4
**anywhere [3]** 11/10 22/7 22/8
**apologies [3]** 23/17 26/7 31/11
**apologize [2]** 24/8 28/7
**apparently [2]** 14/12 40/25
**appeal [5]** 13/5 55/13 55/14 55/16 55/17
**appear [1]** 17/24
**APPEARANCES [1]** 1/12
**appeared [2]** 9/21 9/23
**applicable [1]** 6/3
**applies [1]** 5/4
**apply [1]** 4/9
**appreciate [3]** 19/14 19/16 28/2

**approach [1]** 42/9
**appropriate [3]** 10/12 23/20 31/7
**Aquino [1]** 2/6
**Arbutus [1]** 1/18
**are [70]**
**area [1]** 45/10
**aren't [1]** 16/24
**argue [2]** 35/15 38/24
**argued [1]** 50/10
**arguing [3]** 32/13 32/15 34/7
**argument [1]** 15/18
**arguments [2]** 25/23 43/20
**Army [1]** 45/12
**around [6]** 16/2 27/10 27/10 27/18 27/19 49/17
**array [1]** 45/6
**arrest [1]** 18/15
**arrested [1]** 22/11
**Arundel [5]** 23/16 29/15 30/3 30/18 51/22
**as [150]**
**aside [3]** 13/24 15/9 16/4
**ask [8]** 11/17 24/14 25/9 25/12 27/13 27/20 42/8 48/14
**asked [5]** 11/17 21/17 21/24 39/15 51/24
**asking [7]** 17/14 29/6 29/8 37/3 38/25 41/10 42/5
**aspect [1]** 46/22
**assemblage [1]** 33/16
**assertions [1]** 14/5
**assessment [4]** 2/20 6/9 54/5 54/20
**associated [3]** 8/6 9/7 18/19
**assuming [2]** 33/4 46/18
**at [73]**
**attached [1]** 55/6
**Attachment [1]** 9/6
**attempted [1]** 10/17
**attend [1]** 27/1
**attended [1]** 27/2
**attention [2]** 9/20 11/3
**attest [1]** 25/14
**attitudes [1]** 48/3
**attorney [2]** 50/12 55/4
**Attorney's [1]** 1/13
**Attorneys [2]** 11/15 55/8
**Attorneys' [2]** 55/4 55/9
**attracted [1]** 49/2
**Augustus [1]** 2/5
**authorities [2]** 9/21 11/3
**authority [1]** 51/17
**available [3]** 31/15 53/19 55/1
**avoidance [2]** 31/9 31/12
**aware [2]** 28/15 53/13
**awareness [1]** 31/6
**away [2]** 19/17 37/12
**awful [1]** 44/13

# B

**back [9]** 25/5 25/14 27/4 32/5 34/11 35/10 42/2 52/2 52/8
**background [2]** 30/7 41/11
**balances [1]** 37/1
**ball [1]** 28/22
**barely [1]** 40/7
**base [1]** 3/25

**based [14]** 17/16 19/11 21/9 28/18 28/24 29/5 29/10 29/11 29/13 30/11 30/13 32/18 40/11 40/15
**basically [6]** 30/9 30/21 34/9 39/4 39/4 41/21
**be [115]**
**beating [2]** 11/21 12/1
**beatings [2]** 12/9 40/18
**became [1]** 35/8
**because [40]** 4/1 4/3 4/5 11/19 13/15 15/2 16/4 16/23 17/19 17/24 19/3 22/21 27/1 27/2 27/3 27/6 27/10 27/11 27/17 28/15 32/14 32/20 33/5 33/6 33/6 33/7 33/11 33/20 34/19 35/6 36/9 41/23 43/24 45/1 45/15 47/21 47/24 48/12 49/7 54/19
**become [2]** 12/4 35/19
**becomes [3]** 38/21 51/15 53/23
**been [28]** 11/8 16/14 16/15 18/9 19/25 20/7 20/8 21/8 21/11 21/15 24/9 25/22 26/18 27/4 27/18 29/2 30/2 32/7 35/20 38/10 38/11 39/8 39/8 41/13 46/13 48/3 51/1 55/13
**before [10]** 1/10 6/19 7/13 9/19 31/21 32/13 43/1 45/19 46/3 46/20
**began [1]** 54/2
**begin [2]** 3/20 44/10
**beginning [1]** 48/5
**behalf [7]** 2/4 2/9 2/11 18/25 28/5 50/11 53/15
**behaved [1]** 48/11
**behavior [7]** 31/8 31/13 45/1 48/2 48/6 49/3 51/20
**behavioral [1]** 31/20
**behaviors [1]** 31/7
**being [13]** 3/16 11/2 11/22 18/2 23/19 35/9 36/19 37/11 45/13 47/1 49/25 51/2 51/6
**believe [24]** 8/13 17/5 21/19 21/19 21/22 21/24 21/25 21/25 22/4 22/22 25/11 26/2 30/22 31/18 32/16 34/6 35/6 35/14 36/17 37/4 52/16 53/16 55/12 57/4
**believes [3]** 20/17 31/15 55/22
**BELL [55]** 1/6 2/3 2/11 2/14 3/12 10/14 10/17 12/17 13/8 14/4 18/2 23/4 24/2 24/7 24/19 24/21 24/21 25/16 25/19 26/4 26/5 26/11 26/11 26/17 28/2 28/5 28/13 28/15 30/10 30/22 31/15 31/18 32/9 33/21 33/25 34/5 34/12 34/18 34/19 37/8 38/18 39/2 39/21 40/12 41/6 41/13 41/19 41/24 42/10 42/13 42/23 42/24 43/11 44/10 50/15
**Bell's [4]** 23/4 33/15 38/4 40/22
**bells [1]** 10/13
**Bench [2]** 42/12
**benefit [1]** 47/12
**best [7]** 12/24 13/4 13/4 24/5 28/11 28/12 29/12
**betrayal [1]** 46/16
**better [1]** 14/19
**between [5]** 7/16 16/23 33/12 38/17 55/7
**beyond [1]** 22/15
**big [2]** 35/14 35/16
**biggest [1]** 43/22
**bipolar [1]** 30/25
**bit [5]** 12/4 28/20 29/24 31/10 34/2

**B**

blames [1] 49/6
Board [1] 30/5
bona [1] 15/8
bond [1] 27/5
books [1] 35/20
bore [1] 2/18
bothering [1] 48/19
boy [2] 10/18 19/4
boys [9] 9/9 9/9 11/23 12/20 12/23
13/10 13/18 19/12 22/19
breaking [2] 11/25 12/2
brief [2] 8/21 18/15
briefly [3] 29/15 36/15 40/17
brilliant [1] 26/1
bring [1] 26/18
broke [1] 11/22
brothers [1] 27/3
brought [2] 9/20 11/3
brushed [1] 16/3
burden [1] 15/13
Bureau [1] 22/5
but [69]

**C**

calculated [1] 3/25
calculation [4] 3/19 6/4 6/13 6/18
calculations [3] 3/20 4/9 4/11
call [3] 24/2 25/20 26/5
Calling [1] 2/2
came [5] 13/15 25/5 28/20 30/4 45/9
can [49] 3/2 3/5 3/12 12/4 15/22 15/25
15/25 16/22 16/24 17/25 18/14 19/10
19/14 19/16 21/7 23/12 24/15 25/12
26/2 26/8 27/6 31/18 32/2 32/14 33/2
37/9 37/24 39/12 40/15 40/18 40/20
42/10 42/13 42/14 43/8 43/9 43/15
45/18 46/1 48/1 48/23 48/23 48/25
49/14 50/18 51/15 51/16 52/8 55/7
can't [4] 40/14 47/21 47/25 52/8
cannot [1] 15/20 36/20
capacity [1] 30/6
capitalize [1] 13/16
care [3] 4/6 49/8 51/18
career [2] 5/3 49/6
careful [1] 51/10
carefully [1] 52/16
CARLOS [13] 1/6 2/3 24/21 24/21 25/7
25/11 25/19 32/10 34/13 34/20 35/18
36/19 41/13
case [25] 2/2 7/19 7/24 8/13 11/18 15/9
15/10 18/10 18/19 19/8 19/9 19/20
20/18 22/7 22/9 22/19 28/4 28/11 33/4
36/18 44/12 49/19 54/16 56/18 56/24
cases [7] 9/3 15/3 19/2 20/4 20/22 35/14
51/4
category [2] 5/22 5/23
caught [2] 11/10 11/12
cause [2] 31/1 49/18
caused [2] 31/4 32/17
cautious [2] 48/4 48/19
cellphone [1] 9/23
certain [2] 13/15 56/9
certainly [1] 51/6

CERTIFICATE [1] 58/5
certify [1] 58/6
cetera [2] 8/3 13/10
challenge [1] 46/1
challenges [2] 44/21 45/15
champion [1] 25/2
chance [5] 11/16 14/3 23/23 40/8 40/12
change [5] 7/12 13/19 44/2 44/2 48/2
changed [4] 16/18 25/7 25/11 33/3
changing [1] 33/2
chapter [1] 5/8
characteristics [2] 50/21 52/6
charge [1] 20/25
charged [8] 7/24 18/13 20/7 28/16 38/10
38/11 46/10 51/17
charges [2] 36/22 55/19
Charles [16] 10/6 10/8 11/14 11/14
17/23 28/16 28/21 35/7 39/9 39/18
46/12 47/17 47/23 55/8 56/17 56/23
chart [1] 20/14
charted [1] 20/14
chat [1] 35/1
Cherrywood [1] 1/14
child [28] 2/16 10/12 14/5 14/15 14/21
15/12 16/10 17/7 20/23 21/16 24/22
25/21 26/18 31/3 32/4 33/13 34/2 34/3
34/17 43/14 43/25 44/7 44/24 48/11
49/8 49/15 51/13 54/10
children [15] 14/19 15/5 16/21 16/24
18/6 19/18 20/10 25/6 32/7 45/6 46/20
48/22 52/9 54/12 54/14
choices [1] 19/9
choose [1] 43/3
Christ [1] 25/8
church [3] 26/19 26/19 26/19
Circuit [2] 17/23 56/22
circumstances [2] 27/20 40/11
cite [1] 15/20
cited [2] 8/21 20/22
citing [1] 14/22
claimed [1] 14/4
class [1] 12/21
clear [2] 10/7 38/17
Clearly [1] 38/19
clerk [1] 23/14
client [1] 28/12
closest [1] 14/18
coach [2] 9/10 47/17
coaches [1] 18/8
Code [2] 2/17 52/18
cognitive [1] 30/16
college [1] 24/23
combined [2] 4/24 41/13
come [2] 30/20 38/24
comes [5] 8/24 14/16 16/6 18/17 48/16
comfort [2] 48/8 52/12
comfortable [1] 18/25
coming [7] 11/6 13/9 25/19 28/18 33/24
34/24 39/5
comments [2] 24/8 48/25
commission [2] 4/4 41/17
commit [2] 14/16 17/3
commitment [1] 15/15
commits [1] 14/22
committed [3] 11/2 11/5 12/8
committing [1] 21/4

communicate [2] 13/21 19/9
communicating [2] 10/11 54/14
communication [1] 54/15
communications [2] 9/22 9/24
communities [1] 15/25
community [22] 12/25 13/24 14/1 16/13
17/20 17/21 17/22 19/3 21/25 22/1
29/12 36/16 37/7 45/4 45/9 46/13 47/21
47/22 47/22 47/22 49/21 52/3
completely [1] 41/17
computer [4] 1/24 22/19 54/7 54/8
COMPUTER-AIDED [1] 1/24
concentrate [1] 43/15
concern [4] 11/6 15/24 45/10 47/9
concerned [4] 25/20 29/14 37/6 39/23
concerns [1] 16/6
concluded [1] 28/24
concludes [1] 42/21
conclusion [1] 30/20
conclusions [2] 30/8 30/21
concurrent [3] 37/6 56/9 56/15
concurrently [4] 53/10 53/25 56/17
56/22
condensed [1] 43/16
conditions [2] 50/24 54/1
conduct [25] 4/5 5/5 8/13 11/11 14/13
14/20 17/9 17/16 20/18 21/10 22/10
22/10 31/24 31/25 32/11 32/14 33/5
33/7 33/10 44/25 46/8 46/9 46/17 46/20
54/9
conference [1] 42/12
confine [1] 23/7
confinement [1] 18/16
confirm [2] 3/2 3/12
confirmed [1] 51/25
confused [1] 48/21
congregate [1] 54/12
connected [1] 46/10
consecutive [11] 8/2 8/3 8/10 37/6 52/22
52/24 53/1 53/3 53/5 53/7 53/7
consequences [4] 16/17 18/14 45/3
46/14
consider [8] 25/12 29/6 29/8 30/9 37/3
45/3 52/1 56/7
consideration [5] 42/6 50/5 50/22 51/10
51/14
considered [2] 51/14 52/16
consistent [3] 20/17 21/14 55/3
constantly [2] 45/16 48/20
construct [1] 37/5
contact [6] 4/5 18/18 34/1 35/1 40/24
54/10
contacted [1] 45/21
contacting [1] 54/14
contemplated [1] 7/18
Continue [1] 21/2
continued [2] 11/25 48/6
contraband [1] 22/12
control [3] 4/6 31/8 40/14
controlled [1] 46/25
conversation [1] 42/11
conversations [1] 10/16
convicted [3] 20/8 20/22 21/15
conviction [4] 5/2 55/6 55/12 55/15
Convincing [1] 46/22
cooperation [1] 42/15

## C

**cooperative** [1]  29/3
**coordination** [1]  7/15
**copy** [1]  57/15
**core** [1]  34/14
**correct** [12]  3/11 7/6 8/4 14/8 14/9 20/6 20/19 20/20 32/21 35/4 42/18 58/7
**corrections** [1]  3/6
**correlation** [7]  14/18 14/18 14/22 15/2 16/23 31/23 33/12
**correspond** [1]  7/23 8/9
**cost** [1]  29/23
**could** [13]  9/8 9/13 10/6 11/8 12/23 13/17 13/23 17/14 23/6 25/16 26/10 41/7 48/12
**couldn't** [2]  19/4 45/19
**counsel** [7]  2/5 29/2 31/22 37/21 40/19 42/8 57/5
**counseling** [7]  23/16 29/15 30/3 30/18 30/24 31/6 51/22
**count** [26]  2/17 3/21 4/18 6/8 6/11 8/1 8/2 8/2 8/2 8/3 52/19 52/21 52/22 52/23 52/24 52/25 53/1 53/2 53/3 53/4 53/5 53/6 53/7 53/10 53/25 54/21
**country** [1]  9/1
**counts** [12]  2/15 2/16 3/21 4/16 4/19 5/18 6/3 6/5 6/6 6/10 37/6 53/9
**county** [21]  10/6 10/8 11/14 11/15 17/23 23/16 28/16 28/21 29/15 30/3 30/18 35/7 35/9 39/17 39/18 46/12 47/17 47/23 55/8 56/17 56/23
**couple** [5]  33/15 39/15 40/17 40/23 56/5
**course** [7]  5/25 15/10 19/24 29/10 40/19 44/11 44/19
**court** [90]
**Court's** [2]  7/6 33/21
**courtroom** [1]  47/14
**courts** [3]  20/4 38/9 51/4
**covered** [1]  5/2
**CRAWFORD** [14]  1/17 1/17 2/11 3/2 3/13 23/1 27/23 39/25 42/23 42/24 50/10 50/19 51/22 56/4
**create** [1]  38/15
**credit** [2]  28/15 33/24
**crime** [3]  5/3 10/9 11/2
**crimes** [5]  11/4 12/4 20/9 22/21 44/25
**criminal** [6]  1/4 5/20 5/21 5/22 5/23 11/13
**cruel** [2]  15/3 48/24
**crying** [2]  11/25 41/14
**cumulatively** [1]  20/19
**curiosity** [1]  47/24
**curious** [1]  15/17
**curricular** [1]  25/1
**custody** [2]  4/6 22/4
**cycle** [1]  36/12

## D

**dad** [5]  23/5 33/23 33/23 34/1 34/4
**danger** [3]  10/24 21/20 45/10
**dangerous** [5]  5/6 10/23 13/2 13/3 21/6
**dangerousness** [1]  45/4
**dangers** [1]  45/6
**dark** [2]  42/2 45/20
**date** [1]  28/18

**dated** [2]  2/23 3/1
**day** [5]  8/23 19/18 21/17 36/1 36/2
**days** [2]  55/15 55/16
**deal** [8]  44/11 46/2 46/4 46/14 47/10 47/11 50/22 51/16
**dealing** [2]  6/5 33/9
**DEANGELO** [2]  1/6 2/3
**death** [4]  47/8 51/4 51/5 51/8
**decide** [1]  41/16
**deep** [2]  26/12 42/2
**defective** [1]  16/18
**defendant** [34]  1/7 1/17 2/9 2/14 4/7 5/4 5/6 8/14 9/8 10/10 10/23 11/5 11/20 13/2 13/11 13/11 13/13 13/16 13/17 13/20 14/1 16/14 17/6 17/21 18/5 18/12 21/1 21/3 21/19 22/5 22/11 22/21 28/9 55/6
**defendant's** [1]  5/20
**defense** [2]  14/3 28/9
**defines** [1]  51/19
**definite** [1]  47/8
**delightful** [1]  48/23
**delusions** [1]  31/1
**demons** [1]  51/17
**department** [3]  2/24 3/4 54/22
**departure** [1]  37/3
**depression** [1]  31/2
**descended** [1]  11/23
**describe** [1]  22/13
**describing** [1]  33/18
**desensitized** [2]  12/5 35/19
**deserve** [1]  37/12
**deserves** [3]  22/1 37/13 40/12
**desire** [1]  6/23
**desk** [1]  7/7
**despised** [2]  27/2 27/2
**destructive** [1]  31/13
**details** [2]  29/7 38/12
**detectable** [1]  40/8
**Detective** [1]  2/6
**deteriorate** [1]  48/6
**determination** [1]  7/19
**determined** [1]  5/8
**deterred** [1]  18/13
**deterrence** [1]  17/20
**developed** [1]  16/5
**development** [4]  31/6 31/9 46/11 49/7
**devices** [4]  7/5 45/25 47/3 54/17
**diagnosed** [2]  32/3 32/5
**diagnostic** [1]  30/20
**did** [19]  2/25 10/12 22/14 26/19 26/23 26/25 30/9 30/11 33/8 33/25 37/15 38/13 38/22 39/9 42/1 43/21 48/12 49/18 50/16
**didn't** [13]  19/2 22/10 27/1 27/18 34/12 34/12 39/3 41/22 43/23 43/24 43/25 44/17 45/7
**different** [4]  12/13 32/24 32/25 33/15
**difficult** [3]  29/18 44/14 51/11
**dime** [1]  25/13
**direct** [1]  35/2
**directed** [2]  2/24 54/22
**directly** [3]  3/19 24/16 42/24
**disadvantage** [1]  40/20
**disciplinarian** [1]  9/10
**discipline** [2]  12/20 13/14

**disclosed** [1]  35/12
**discuss** [2]  3/7 7/13
**discussed** [2]  3/13 28/6
**discussing** [1]  28/24
**discussion** [2]  41/1 41/4
**discussions** [2]  28/19 40/24
**disorder** [4]  30/25 31/2 31/4 48/10
**disorders** [1]  48/9
**dispute** [1]  16/15
**distinction** [2]  32/20 38/17
**DISTRICT** [3]  1/1 1/1 1/11
**DIVISION** [1]  1/2
**divorced** [1]  34/6
**Dix** [3]  29/9 39/20 54/23
**do** [38]  11/16 12/4 14/15 15/15 19/4 24/11 26/1 27/14 28/8 29/19 29/20 29/25 29/25 32/23 34/10 36/6 36/12 36/12 36/25 39/10 40/14 41/16 41/17 43/2 43/2 43/4 43/7 43/11 45/18 45/19 47/13 49/18 52/8 52/10 52/10 53/14 57/5 57/21
**docket** [1]  57/19
**doctor** [1]  49/11
**Doe** [3]  6/20 10/1 47/20
**does** [7]  6/12 8/8 14/12 27/3 35/21 36/25 37/1
**doesn't** [7]  8/15 16/20 16/22 36/3 36/3 37/11 48/21
**doing** [8]  11/1 11/10 11/12 13/24 17/12 18/25 45/22 46/10
**dollars** [2]  6/10 54/21
**don't** [31]  8/14 8/22 13/22 14/19 14/24 16/25 17/5 17/19 17/19 17/24 17/24 18/3 22/7 25/17 27/16 27/20 30/6 32/1 33/3 33/4 33/19 35/24 36/5 36/6 38/12 39/4 39/5 47/19 49/15 57/16 57/21
**done** [12]  7/17 27/5 27/6 29/16 29/22 30/11 30/17 30/22 31/22 46/14 49/3 50/7
**door** [1]  48/18
**doors** [1]  45/19
**doubt** [3]  44/21 47/12 49/15
**doubts** [1]  49/9
**down** [7]  5/11 5/15 8/3 11/25 30/1 47/14 50/12
**downward** [1]  37/3
**dozens** [1]  14/14
**draw** [1]  43/3
**drops** [2]  5/11 5/15
**drug** [2]  25/21 34/5
**drugs** [4]  9/18 26/20 34/4 34/5
**due** [1]  25/23
**during** [3]  26/20 30/8 50/23
**duty** [1]  36/14
**dyslexic** [1]  25/25

## E

**each** [23]  2/16 2/17 3/21 4/19 4/22 5/18 6/3 6/8 6/9 6/11 7/23 8/7 8/10 12/16 12/16 20/21 22/22 23/12 53/10 53/10 53/24 54/1 54/21
**early** [3]  34/23 50/2 52/2
**easy** [1]  24/7
**eat** [1]  48/18
**ECF** [1]  20/3
**edges** [1]  38/21

**E**

**educated [1]**  17/9
**effect [1]**  3/8
**effects [1]**  14/15
**effectuate [1]**  19/21
**egregious [2]**  8/14 11/11
**eidetic [1]**  26/1
**eight [4]**  4/14 4/14 36/2 53/9
**either [2]**  6/12 19/11
**electronic [3]**  45/17 45/18 57/4
**elementary [1]**  44/4
**else [4]**  15/15 17/2 44/1 47/10
**embarrass [1]**  35/25
**emotional [2]**  43/24 49/8
**emotionally [3]**  9/17 34/4 44/5
**emotionless [1]**  11/23
**empathy [1]**  12/10
**emphasize [1]**  19/1
**employed [3]**  18/9 21/20 30/2
**employee [1]**  35/9
**encounters [1]**  37/18
**endeavored [1]**  18/18
**endured [2]**  17/7 32/17
**enforcement [1]**  14/11
**engaged [2]**  5/4 37/17
**engaging [2]**  46/20 47/2
**enhancement [1]**  5/1
**enough [5]**  26/12 26/13 43/8 43/9 49/16
**enter [2]**  55/16 56/20
**entire [1]**  15/25
**entitled [6]**  17/6 18/3 18/4 21/24 21/25
  58/8
**entrust [1]**  12/20
**entrusting [1]**  19/12
**entry [2]**  55/15 55/17
**environment [1]**  45/16
**episodes [1]**  31/2
**equally [1]**  4/9
**equals [1]**  41/13
**equipment [2]**  54/16 57/4
**equipped [2]**  47/11 47/13
**equivalent [1]**  8/19
**error [1]**  7/5
**ESQUIRE [2]**  1/13 1/17
**essence [1]**  31/14
**established [1]**  41/9
**et [2]**  8/3 13/10
**evaluate [1]**  29/19
**evaluating [1]**  18/7
**evaluation [7]**  23/17 30/8 30/9 30/11
  30/24 54/25 55/1
**evaluations [2]**  30/11 30/17
**even [12]**  10/7 11/2 11/13 13/20 15/12
  21/20 21/21 21/21 27/5 31/16 40/5 52/3
**events [1]**  50/1
**ever [6]**  10/24 18/1 49/9 50/2 50/2 53/23
**every [7]**  8/23 19/18 21/12 21/16 36/1
  46/15 49/11
**everyone [8]**  16/12 17/22 18/18 19/4
  22/17 44/8 45/16 45/16
**everything [3]**  26/21 43/19 47/10
**evidence [1]**  40/21
**exact [1]**  4/9
**exactly [1]**  33/3
**exaggerated [2]**  39/1 39/1

**example [1]**  14/20
**examples [5]**  20/4 20/10 20/15 20/16
  38/8
**exceed [1]**  2/20
**excuse [4]**  14/13 32/9 32/19 51/20
**exhibit [2]**  14/23 14/24
**exist [1]**  14/18
**expand [1]**  32/6
**expectancies [1]**  20/15
**expectancy [1]**  20/14
**expectation [1]**  46/15
**expedited [1]**  3/3
**experience [1]**  33/2
**experienced [2]**  39/19 43/14
**explain [1]**  16/19
**exploit [1]**  13/6
**exploitation [1]**  22/9
**exploited [3]**  13/11 13/13 47/1
**exposed [4]**  21/12 25/21 25/22 25/23
**exposing [1]**  12/1
**exposure [1]**  46/5
**extend [1]**  37/14
**extent [1]**  38/13
**extra [1]**  25/1
**extra-curricular [1]**  25/1
**extremely [2]**  44/7 44/7
**eye [1]**  18/7

**F**

**face [3]**  45/7 45/7 52/9
**facilities [1]**  39/20
**facility [1]**  39/19
**fact [10]**  16/21 19/10 19/11 19/14 19/16
  21/5 25/13 33/6 44/23 46/9
**factor [2]**  45/2 49/20
**factored [1]**  4/21
**factors [5]**  19/24 30/25 40/15 50/7 52/4
**facts [3]**  9/6 22/15 46/18
**factually [1]**  20/25
**fair [3]**  36/16 41/24 42/6
**fairness [2]**  41/11 41/22
**faith [1]**  50/17
**families [1]**  39/5
**family [9]**  14/12 28/7 33/16 34/11 34/18
  34/19 35/11 41/20 42/3
**fantasies [2]**  31/9 31/12
**far [21]**  23/18 25/18 25/20 29/13 29/22
  31/3 33/9 33/18 34/9 34/20 35/11 35/15
  35/21 36/7 36/15 36/25 37/5 37/8 38/12
  39/23 56/10
**father [1]**  45/11
**fear [3]**  11/6 19/15 47/13
**fearful [1]**  48/4
**fears [1]**  44/21
**federal [9]**  8/25 22/21 28/25 35/15 36/11
  36/21 37/8 51/4 51/7
**federally [2]**  22/5
**feel [2]**  11/8 47/20
**feeling [1]**  31/8
**felt [3]**  43/25 44/1 44/2
**female [1]**  46/19
**fides [1]**  15/8
**Fifteen [1]**  8/1
**fighting [1]**  34/7
**fights [1]**  25/23
**figure [3]**  13/4 13/7 47/23

**figured [1]**  23/4
**file [2]**  7/4 57/22
**filed [2]**  29/3 57/14
**fill [1]**  13/8
**final [1]**  51/23
**finally [2]**  30/1 42/5
**financial [1]**  23/18
**find [4]**  15/5 15/22 35/4 52/10
**findings [2]**  3/17 6/17
**finds [1]**  49/13
**fine [5]**  2/19 6/11 16/25 26/9 54/19
**finish [1]**  7/14
**first [7]**  22/11 28/4 34/15 36/4 37/19
  45/2 54/17
**five [16]**  4/13 4/13 4/23 5/7 5/9 6/1 6/7
  14/20 15/21 23/8 23/12 24/8 24/11 26/8
  53/2 53/5
**fixing [1]**  35/4
**flags [1]**  10/13
**focus [1]**  45/2
**focusing [1]**  45/17
**folks [1]**  50/6
**followed [1]**  30/24
**following [1]**  52/15
**forcefulness [1]**  53/18
**foregoing [1]**  58/6
**forever [1]**  49/23
**forfeiture [7]**  7/4 7/6 7/10 57/6 57/7 57/8
  57/13
**forgive [2]**  19/10 25/10
**forgiven [2]**  25/8 38/2
**forgot [1]**  31/21
**form [1]**  46/24
**formed [1]**  17/9
**formerly [1]**  10/18
**Fort [3]**  29/9 39/20 54/23
**forth [2]**  7/21 20/4
**fortunate [1]**  50/11
**forward [1]**  11/6 15/22 49/2
**forwarded [1]**  18/21
**found [2]**  20/16 48/16
**four [6]**  4/13 4/13 25/6 25/6 52/25 53/3
**frankly [3]**  17/15 41/5 51/11
**frequent [1]**  8/16
**frequently [1]**  15/2
**friend [1]**  9/11
**friends [1]**  13/12
**front [4]**  11/25 24/16 29/2 32/1
**fully [1]**  17/9
**fully-formed [1]**  17/9
**function [1]**  42/1
**functionally [1]**  8/19
**funding [1]**  34/9
**funny [1]**  48/23
**further [7]**  5/1 9/19 22/23 55/21 56/1
  56/4 57/24
**future [3]**  16/8 31/24 41/18

**G**

**gang [6]**  9/14 11/22 40/19 40/24 46/23
  46/24
**gang-related [1]**  40/19
**gather [1]**  29/23
**gave [5]**  20/11 23/14 23/15 23/24 41/20
  56/25
**gay [1]**  34/16

**G**

**generation [2]** 45/6 46/3
**genitals [1]** 12/1
**get [15]** 9/13 9/14 9/19 10/20 13/22 27/4 29/7 32/16 45/19 48/6 49/12 49/14 50/2 55/24 57/12
**girls [1]** 13/10
**give [10]** 25/13 28/14 30/21 33/23 36/10 36/19 41/16 47/11 48/8 55/23
**given [3]** 11/4 11/5 24/9
**gives [2]** 27/15 56/8
**giving [2]** 38/9 55/10
**go [16]** 3/19 6/25 22/14 24/4 24/13 24/20 24/23 26/15 26/19 30/1 30/19 31/10 39/5 39/25 44/20 52/8
**goals [1]** 52/17
**goes [6]** 19/17 34/11 35/10 36/12 42/2 48/17
**going [21]** 7/6 9/19 14/16 18/1 18/23 24/14 29/5 29/11 37/21 39/10 39/24 40/14 41/3 43/15 45/10 46/23 49/2 54/11 54/13 55/3 55/23
**gone [2]** 34/25 39/7
**good [7]** 2/7 2/8 2/10 26/18 28/1 42/1 45/20
**got [8]** 23/10 26/20 28/21 28/22 34/6 48/8 57/16 57/17
**gotten [1]** 27/8
**government [33]** 1/13 5/14 7/21 8/12 8/15 8/17 9/4 13/25 14/3 15/7 17/11 17/13 18/18 18/20 20/17 21/14 22/12 23/15 25/3 28/14 28/19 28/20 29/16 32/21 35/4 36/15 37/20 38/10 38/25 39/3 40/18 51/7 56/11
**government's [2]** 19/20 38/6
**grade [1]** 48/5
**grades [1]** 48/4
**grandchildren [1]** 25/6
**gratification [1]** 38/20
**great [2]** 29/22 53/14
**greater [2]** 19/21 52/17
**greatest [1]** 53/18
**greatly [2]** 38/25 39/1
**Greenbelt [2]** 1/6 1/14
**grew [1]** 47/17
**Griffith [1]** 6/12
**GRIMM [1]** 1/10
**grooming [2]** 10/21 16/1
**group [12]** 3/22 3/24 4/8 4/10 4/12 4/12 4/13 4/13 4/14 4/14 4/14 4/15
**grow [2]** 16/22 16/24
**growing [6]** 17/2 17/3 24/22 44/17 45/7 45/11
**guard [1]** 52/1
**guess [1]** 47/7
**guidance [1]** 38/22
**guideline [1]** 5/16
**guidelines [13]** 3/20 3/23 3/25 4/9 4/12 4/18 5/24 6/4 6/6 6/11 6/13 6/18 20/1
**guilt [1]** 31/8
**guilty [6]** 2/14 5/13 22/21 28/17 32/20 39/2

**H**

**had [43]** 4/1 9/9 10/10 10/16 10/17

12/14 12/23 12/24 14/3 14/11 19/6 20/2 20/13 20/13 21/10 22/12 23/23 24/9 24/21 24/23 26/20 32/2 33/5 34/1 34/8 34/9 34/19 36/4 42/3 43/18 43/18 44/25 45/13 46/3 46/15 47/7 48/13 49/6 49/7 49/22 50/1 51/2 51/2
**hadn't [1]** 11/4
**HAGAN [7]** 1/13 2/4 6/19 19/23 23/23 55/18 56/13
**hallucinations [2]** 31/1 39/16
**hand [1]** 37/14
**handle [1]** 12/20
**hands [1]** 33/21
**happen [2]** 41/3 49/4
**happened [19]** 11/4 14/12 16/19 19/13 19/19 27/9 27/11 27/20 33/13 33/18 33/25 35/12 36/24 38/4 38/18 38/19 44/16 47/18 49/5
**happens [2]** 6/2 15/16
**happy [5]** 15/22 22/13 23/12 23/19 43/5
**hard [6]** 26/22 32/23 34/14 45/5 46/11 53/23
**has [37]** 5/21 5/22 5/25 6/21 6/22 11/16 16/14 19/6 19/25 20/7 20/16 21/8 21/11 23/23 25/7 25/8 25/22 26/1 27/14 29/2 30/7 32/6 32/24 36/14 39/14 39/21 40/6 41/13 41/18 46/3 48/6 48/16 49/5 49/8 50/10 53/18 55/13
**hasn't [1]** 16/14
**hate [1]** 36/6
**have [101]**
**having [5]** 9/22 9/24 34/24 39/16 47/5
**he [167]**
**he'll [1]** 49/9
**he's [37]** 19/6 19/8 22/21 25/21 25/25 26/18 27/6 27/15 27/17 28/17 30/2 31/15 33/6 35/9 36/6 37/11 37/11 37/21 38/10 39/7 39/7 39/8 39/9 39/14 39/16 40/1 40/5 40/5 48/3 48/4 48/7 48/8 48/17 48/19 48/20 49/2 57/4
**headset [2]** 42/10 42/13
**heal [1]** 12/12
**health [6]** 29/19 30/25 39/14 49/8 54/4 54/24
**healthy [1]** 49/10
**hear [11]** 15/2 23/12 23/13 23/21 24/15 26/15 42/10 42/13 43/5 44/25 47/16
**heard [10]** 6/13 6/23 23/2 23/22 27/8 43/5 43/10 43/10 45/9 56/13
**hearing [3]** 7/8 15/23 24/10
**heart [1]** 35/6
**heat [1]** 34/8
**hell [1]** 49/13
**help [12]** 9/13 25/5 30/22 34/9 37/9 37/9 39/10 39/11 39/18 39/21 41/14 51/16
**helped [1]** 41/25
**helpful [1]** 24/22
**Henson [1]** 24/19
**her [14]** 9/22 10/7 10/12 10/13 10/15 18/25 19/4 24/3 29/24 49/5 49/6 49/8 49/8 49/11
**here [46]** 2/13 6/5 7/16 9/7 9/15 16/19 17/15 17/18 19/3 19/4 22/21 24/3 28/15 28/20 29/1 29/1 29/13 32/13 32/21 33/4 33/6 33/10 33/10 33/15 33/20 33/23 34/12 36/9 36/21 37/1 38/18 38/19 39/1

39/2 39/5 40/12 40/16 41/15 42/11 45/3 46/8 47/21 47/21 47/24 48/13 56/12
**here's [1]** 47/18
**hero [1]** 9/21
**herself [2]** 49/6 49/13
**hidden [1]** 35/12
**high [9]** 30/10 31/17 34/14 35/17 44/4 48/25 51/24 51/25 52/4
**higher [1]** 5/16
**highest [2]** 4/22 5/16
**highly [1]** 39/20
**him [51]** 2/15 9/13 11/25 12/20 13/3 13/6 13/24 18/4 19/5 21/20 22/2 22/7 22/8 23/24 25/8 25/10 26/18 26/25 27/3 27/14 27/15 27/18 27/19 27/21 28/22 28/25 29/8 32/17 33/13 35/25 35/25 36/4 36/11 36/17 37/10 38/4 38/12 38/19 39/14 39/15 41/16 41/16 41/17 48/1 48/8 48/13 48/14 48/19 49/3 50/11 51/24
**himself [5]** 11/20 14/6 28/8 48/14 48/17
**hiring [1]** 18/7
**his [58]** 8/19 13/3 13/3 14/2 14/12 14/13 16/17 16/18 17/9 17/22 19/6 22/12 22/12 23/5 24/25 25/8 25/13 25/13 25/14 25/18 26/21 29/12 29/21 29/21 30/8 31/19 32/11 33/21 33/23 33/23 34/1 34/1 34/4 34/6 34/12 34/17 34/23 34/24 34/24 34/25 35/2 36/10 36/20 37/17 37/21 38/19 40/6 41/11 48/2 48/2 48/4 48/6 48/15 48/17 48/18 48/19 48/21 48/22
**history [10]** 5/20 5/21 5/22 5/23 25/18 31/3 32/14 50/21 51/24 52/5
**hit [1]** 34/3
**HIV [6]** 21/5 40/6 40/7 47/7 49/12 50/8
**hold [1]** 43/4
**home [3]** 13/14 46/6 48/17
**homicide [1]** 20/8
**honesty [1]** 31/9
**honor [51]** 2/10 3/5 3/11 6/14 6/15 6/24 7/2 7/3 7/11 7/20 7/21 8/4 10/3 14/9 14/24 15/20 18/17 19/20 20/20 21/13 22/24 23/20 23/25 24/2 24/3 25/1 25/4 26/5 26/17 28/1 28/1 28/4 33/1 33/14 35/25 36/18 36/24 38/6 39/9 41/2 41/19 42/7 42/17 43/12 55/20 56/3 56/6 56/19 57/10 57/15 57/20
**HONORABLE [1]** 1/10
**hope [7]** 11/16 12/12 19/16 36/19 40/13 41/18 50/17
**hopefully [1]** 26/8
**horrible [3]** 12/5 12/5 14/17
**horrific [3]** 15/11 32/12 32/12
**house [1]** 34/25
**housed [2]** 22/5 54/23
**how [16]** 5/17 10/15 12/11 18/9 19/9 35/8 35/10 36/6 36/10 36/12 36/12 37/1 37/17 39/9 44/2 48/11
**however [2]** 37/5 51/12
**HSI [2]** 2/5 11/14
**human [1]** 37/11
**hundred [2]** 20/11 20/11
**hundreds [3]** 14/14 34/25 45/8
**hurt [2]** 44/6 44/7
**hurtful [1]** 49/1

**I**

**I'd [4]**  9/19 24/2 26/5 42/8
**I'll [4]**  9/14 23/19 23/22 29/7
**I'm [37]**  2/4 7/6 15/17 15/22 16/14 20/12
22/13 23/11 24/14 29/5 29/6 29/7 29/11
31/11 32/13 32/15 33/20 34/18 35/14
35/16 36/24 37/3 37/13 38/2 39/24
41/10 42/5 43/15 44/7 44/8 44/14 45/2
50/13 50/14 50/18 55/10 57/6
**I've [7]**  15/21 30/18 35/25 38/14 43/22
50/20 50/21
**idea [2]**  16/15 34/19
**identical [2]**  4/11 4/11
**identified [2]**  17/25 22/20
**identity [2]**  10/11 46/18
**idle [1]**  47/24
**if [41]**  6/25 10/24 11/3 13/7 13/8 13/12
13/13 13/19 14/14 15/11 15/14 18/25
19/3 22/12 23/5 24/13 24/17 25/16 26/8
26/13 27/10 30/11 39/24 40/18 41/1
43/2 43/4 43/10 43/25 45/5 47/21 48/13
49/1 53/21 53/22 55/1 55/12 55/15
57/21 57/21 57/24
**images [2]**  12/5 47/1
**imagine [5]**  45/5 46/12 48/12 48/24
53/23
**immediate [1]**  39/2
**impact [4]**  6/20 6/21 6/22 10/2 18/17
49/22
**implementation [1]**  7/14
**important [7]**  9/15 17/18 18/9 19/1 22/4
32/20 52/5
**impose [4]**  40/15 49/22 50/4 51/2 52/15
54/19
**imposed [5]**  19/25 20/13 51/10 56/17
56/22
**imposes [1]**  52/11
**imposition [1]**  3/9
**impossible [3]**  19/8 43/13 44/1
**imprisoned [2]**  21/23 49/25
**imprisonment [16]**  2/18 2/19 5/24 7/22
20/11 51/5 51/6 51/9 52/20 52/21 52/24
53/1 53/3 53/4 53/7 53/12
**impulses [1]**  18/12
**in [221]**
**incapacitation [1]**  13/25
**incarcerated [3]**  29/18 40/5 54/24
**incarceration [2]**  8/18 50/24
**include [2]**  6/7 54/3
**included [1]**  46/18
**incorporating [1]**  56/6
**incorrect [1]**  57/11
**increase [3]**  4/3 4/3 4/23
**indeed [1]**  51/9
**indicated [2]**  6/22 30/9
**indicates [1]**  51/22
**indicating [1]**  56/8
**indication [1]**  9/24
**indicted [1]**  28/22
**Indictment [3]**  2/15 7/25 28/23
**individual [12]**  3/21 9/12 10/5 10/16
10/19 16/5 16/16 29/17 30/2 37/11
41/24 46/9
**individuals [17]**  9/16 9/16 12/12 16/23
18/6 20/22 21/15 23/1 23/2 31/23 35/18

35/21 38/9 38/13 38/15 41/22 45/21
**inducted [1]**  46/23
**infected [1]**  21/9
**inference [1]**  43/4
**information [3]**  21/8 28/17 45/19
**infrequent [1]**  15/4
**initial [1]**  54/9
**initially [1]**  43/12
**initiation [1]**  46/24
**injury [1]**  52/14
**innocence [1]**  50/16
**inquired [1]**  31/22
**insidious [1]**  37/24
**install [1]**  54/7
**instances [2]**  10/22 16/9
**institutions [1]**  19/11
**insult [1]**  52/14
**intention [1]**  29/4
**interest [7]**  12/23 12/24 19/22 28/12
28/12 29/12 29/12
**interesting [1]**  33/19
**interests [1]**  12/18
**Internet [2]**  35/1 38/16
**into [14]**  4/21 9/13 9/14 11/22 13/15
29/7 32/16 34/23 42/6 46/23 46/24 50/5
50/21 52/2
**intolerable [2]**  15/14 15/14
**investigate [1]**  12/3
**investigation [1]**  28/21
**investigative [1]**  11/13
**involve [1]**  46/1
**involved [5]**  4/1 4/4 7/18 20/24 22/9
**involving [8]**  4/11 5/5 12/7 20/8 20/9
21/16 22/10 22/22
**ironic [2]**  35/8 35/10
**ironies [2]**  15/3 44/23
**is [198]**
**isolated [1]**  48/17
**isolation [1]**  31/12
**issue [9]**  7/14 23/18 34/11 35/10 36/21
40/19 41/15 51/3 57/3
**issues [12]**  3/7 13/10 23/3 31/25 32/18
32/22 37/10 38/4 39/14 41/13 56/6 56/9
**it [136]**
**it's [33]**  5/9 8/16 14/4 14/19 19/21 20/24
21/16 22/4 23/16 24/7 27/1 29/10 29/18
30/16 32/19 32/19 32/19 35/6 35/11
35/11 35/12 36/9 37/23 37/24 38/21
40/6 41/21 42/5 43/13 45/4 51/14 53/23
57/24
**items [1]**  57/11
**its [1]**  28/11

**J**

**jail [2]**  36/4 39/17
**JAMES [3]**  1/17 1/17 2/11
**Jane [3]**  6/20 10/1 47/20
**January [4]**  2/13 2/23 3/1 9/8
**January 18th [1]**  2/23
**January 23rd [1]**  2/13
**January 28th [1]**  3/1
**Jenkins [1]**  2/6
**Jersey [1]**  29/9
**Jesus [1]**  25/8
**job [2]**  18/15 29/22
**joined [1]**  2/5

**joint [1]**  55/3
**JR [2]**  1/13 1/17
**judge [8]**  1/11 23/3 27/25 35/2 47/14
51/1 53/20 57/2
**Judgment [3]**  55/6 55/12 55/15
**jump [1]**  33/17
**jumped [1]**  11/22
**Junior [3]**  2/11 25/1 25/4
**jurisdiction [1]**  55/5
**jurisdictions [3]**  7/18 8/25 8/25
**just [40]**  12/11 15/17 16/1 16/6 16/10
17/19 18/14 18/15 18/15 19/17 23/4
23/15 23/18 26/13 26/17 27/4 27/13
27/13 27/19 27/20 28/11 32/6 33/4 34/4
34/18 34/22 36/16 37/13 39/14 39/15
40/11 41/20 41/21 42/2 43/15 43/15
47/24 48/24 56/5 56/25
**justice [3]**  19/22 21/23 41/11
**justification [2]**  17/8 17/12
**justified [2]**  17/16 22/23
**justifies [1]**  20/18
**justify [2]**  21/1 32/14

**K**

**keep [5]**  13/3 21/20 24/15 24/17 26/8
**keeping [1]**  18/7
**kept [1]**  35/12
**kid [1]**  35/1
**kids [6]**  38/23 41/1 41/6 46/5 50/13
50/14
**kind [9]**  17/3 24/22 29/18 31/23 37/24
39/16 41/24 43/13 49/3
**kinds [2]**  19/2 46/8
**knew [5]**  21/4 22/11 40/25 47/6 50/8
**know [38]**  6/19 13/22 14/19 15/21 17/25
18/3 18/5 19/4 21/13 26/17 27/5 27/14
27/20 28/8 28/16 28/16 32/22 32/24
33/3 33/5 34/12 34/12 36/3 37/12 37/23
38/10 38/11 38/12 39/4 39/24 44/17
45/12 47/19 47/20 48/22 50/20 56/9
57/16
**knowing [6]**  10/25 11/1 11/2 18/14 21/5
**known [2]**  17/21 54/12
**knows [2]**  29/17 39/24

**L**

**LA [1]**  40/25
**lack [2]**  12/10 20/1
**Lane [1]**  1/14
**language [2]**  56/8 56/10
**large [1]**  28/22
**lashed [1]**  13/15
**last [7]**  2/13 15/21 25/13 25/13 35/17
41/19 45/8
**late [1]**  28/20
**law [3]**  1/17 14/11 52/7
**lawyer [1]**  28/9
**LCA [1]**  30/4
**leader [1]**  47/18
**learned [4]**  10/15 11/12 14/21 43/17
**least [6]**  4/2 6/20 15/2 22/10 22/20
40/12
**leaves [1]**  15/12
**left [1]**  19/8
**length [1]**  9/3
**less [5]**  23/8 24/8 24/11 52/13 53/16

**L**

**let [4]** 23/21 42/23 56/21 57/16
**let's [3]** 3/19 3/24 42/9
**letter [2]** 43/13 43/15
**letters [4]** 25/2 25/14 41/20 41/22
**level [17]** 3/25 4/2 4/3 4/7 4/10 4/17 4/22
4/23 4/23 4/24 5/7 5/8 5/17 5/18 5/19
5/23 31/17
**levels [1]** 4/5
**licensed [3]** 30/4 30/5 30/6
**life [27]** 5/24 6/8 8/19 14/2 15/13 20/12
20/14 33/2 33/15 33/17 33/21 34/1
36/10 36/20 36/23 40/13 43/22 44/20
46/13 46/22 49/2 49/10 49/25 49/25
51/5 53/13 53/24
**life-changing [1]** 33/2
**lifetime [3]** 21/21 21/22 40/3
**lightly [1]** 8/15
**like [21]** 9/19 9/25 18/12 18/23 18/24
23/13 24/2 24/3 26/5 26/15 27/15 27/16
27/19 28/4 28/10 35/18 37/23 39/19
42/8 44/10 49/24
**likeable [1]** 27/17
**likelihood [1]** 16/8
**LINDA [3]** 1/23 58/6 58/12
**line [2]** 8/3 12/6
**lines [1]** 40/9
**list [2]** 21/1 30/19
**listed [2]** 7/5 7/24
**listener [1]** 16/11
**listing [1]** 30/21
**litigate [1]** 51/3
**little [7]** 12/4 28/17 28/20 29/24 31/10
34/2 39/17
**live [4]** 20/13 45/9 45/15 49/16
**lived [3]** 34/7 45/12 47/16
**lives [8]** 18/16 22/3 49/23 49/23 50/13
50/16 50/16 52/10
**loathing [1]** 44/22
**location [2]** 22/6 22/18
**locks [1]** 48/17
**logically [1]** 15/11
**long [5]** 32/3 36/4 40/1 49/16 51/3
**longer [1]** 12/21
**look [8]** 18/1 19/18 28/10 34/9 38/3
40/20 41/10 47/14
**looked [3]** 9/8 10/19 50/20
**looking [4]** 17/15 34/13 34/15 40/7
**Lord [3]** 25/8 25/8 25/11
**lose [1]** 50/16
**loss [1]** 18/15
**lost [4]** 36/23 39/8 44/13 50/13
**lot [8]** 16/9 25/23 27/1 32/23 35/20
44/12 44/13 45/11
**loud [2]** 26/13 37/13
**loudly [1]** 43/9
**love [4]** 43/24 43/25 44/1 48/12
**loved [1]** 48/14
**loving [2]** 41/24 48/13

**M**

**ma'am [5]** 24/11 24/16 24/18 24/20 26/3
**made [1]** 32/17
**mail [1]** 18/18
**make [16]** 7/1 7/17 8/15 13/12 16/25

17/5 19/15 24/7 27/23 29/5 29/9 37/23
38/16 42/10 42/25 43/3
**makes [2]** 13/2 35/23
**making [3]** 15/19 36/16 44/10
**male [2]** 13/7 46/18
**malleability [1]** 13/3
**man [11]** 10/20 13/12 13/13 13/21 14/5
25/7 25/12 27/18 33/18 35/13 48/24
**mandatory [7]** 2/18 6/1 6/7 6/9 8/7 8/8
52/20
**manic [1]** 31/2
**manifestation [1]** 7/15
**manipulate [5]** 13/4 15/25 15/25 16/12
45/23
**manipulating [2]** 18/4 18/6
**manipulations [1]** 16/10
**manipulative [3]** 10/16 38/20 41/5
**manufacture [1]** 38/15
**many [24]** 9/17 10/23 15/13 16/19 20/12
28/6 30/18 32/10 32/18 32/24 32/25
33/22 34/5 35/2 35/5 35/13 35/14 36/7
36/10 40/1 40/1 41/14 41/14 45/17
**March [1]** 1/7
**Mark [1]** 26/11
**MARSHALL [3]** 1/23 58/6 58/12
**Marshals [1]** 29/10
**MARYLAND [9]** 1/1 1/6 1/14 1/18 2/7
22/6 30/4 30/6 55/8
**masturbating [1]** 36/2
**matter [3]** 7/3 44/8 58/8
**matters [2]** 3/9 10/20
**maximum [4]** 2/19 6/1 6/2 8/6
**may [8]** 3/9 17/6 18/13 19/10 19/14 31/4
43/7 56/6
**maybe [2]** 3/7 19/17
**me [33]** 3/13 7/11 19/1 23/13 23/13
23/21 24/14 24/18 25/5 26/10 26/15
26/15 26/21 27/2 32/1 33/17 39/15 41/2
41/20 42/13 42/23 43/1 43/18 43/22
44/1 44/6 44/19 49/20 51/21 52/5 55/23
56/21 57/16
**mean [3]** 16/22 30/16 38/14
**means [9]** 9/8 13/4 13/17 13/23 21/20
33/4 46/22 53/11 53/14
**meant [1]** 51/25
**measure [1]** 48/8
**mechanisms [1]** 31/7
**media [6]** 25/9 41/23 45/17 45/18 45/20
45/25
**medication [2]** 39/17 48/7
**medicine [1]** 47/8
**medium [1]** 30/13
**member [1]** 35/8
**members [6]** 34/18 34/19 35/7 41/20
45/9 46/12
**memorandum [3]** 8/21 14/4 38/6
**memorialize [1]** 55/7
**memories [2]** 50/1 52/9
**memory [2]** 26/1 43/18
**men [4]** 11/21 12/16 34/24 35/18
**mental [7]** 29/19 30/25 39/14 43/24 49/8
54/4 54/24
**mentally [2]** 34/3 44/5
**mentioned [1]** 8/5
**mentor [2]** 9/10 13/7
**mercies [1]** 47/7

**mercy [2]** 27/14 27/21
**merit [1]** 9/5
**merited [1]** 9/3
**merits [1]** 8/14
**message [1]** 9/23
**met [2]** 12/17 36/4
**methodical [1]** 12/11
**methodically [2]** 11/21 11/24
**methods [1]** 31/8
**microphone [1]** 24/16
**might [8]** 10/14 11/8 15/11 16/3 18/11
27/11 52/4 54/8
**mind [6]** 6/25 10/13 12/24 20/3 33/12
37/17
**minimize [1]** 36/23
**minimizes [1]** 35/23
**minimum [7]** 2/18 6/1 6/7 8/7 8/8 20/10
52/20
**Minnesota [1]** 30/14
**minor [3]** 4/1 4/5 46/18
**minors [5]** 5/7 11/21 22/10 46/19 46/23
**minute [1]** 19/23
**minutes [6]** 23/8 23/12 24/8 24/11 26/8
39/15
**mirror [1]** 35/2
**mitigation [1]** 17/8
**mixed [1]** 34/20
**MO [1]** 10/22
**moderate [1]** 30/13
**modern [1]** 47/8
**modification [1]** 17/8
**modifications [1]** 3/7
**mom [13]** 23/4 23/18 29/21 29/21 29/22
34/6 34/12 34/25 40/7 43/18 47/20 48/1
48/18
**moment [2]** 9/14 15/9
**momentarily [1]** 12/21
**money [2]** 29/23 38/16
**Monica [1]** 24/19
**monitoring [1]** 54/7
**monster [1]** 27/15
**months [2]** 20/12 49/11
**mood [2]** 31/2 48/9
**more [9]** 9/4 17/18 23/19 24/10 28/17
32/16 40/25 41/3 53/19
**morning [7]** 2/7 2/8 2/10 23/4 23/24
28/1 51/22
**most [6]** 11/10 28/21 34/1 49/20 51/10
52/5
**mother [4]** 6/21 9/20 10/25 26/21
**motion [1]** 57/17
**motivated [1]** 39/20
**move [2]** 22/1 22/2
**movies [1]** 43/20
**Mr [15]** 6/12 6/19 19/23 23/23 26/11
26/17 29/17 29/25 30/2 37/22 50/19
51/22 55/18 56/4 56/13
**Mr. [50]** 2/11 2/14 3/2 3/12 3/13 10/14
10/17 12/17 13/8 14/4 18/2 23/1 23/4
26/5 27/23 28/2 28/5 28/13 28/15 30/10
30/22 31/14 31/15 31/18 32/9 33/15
33/21 33/25 34/5 34/18 37/8 38/4 38/18
39/2 39/21 39/25 40/12 40/22 41/6
41/24 42/10 42/13 42/23 42/23 42/24
42/24 43/11 44/10 50/10 50/15
**Mr. and [1]** 28/2

## M

**Mr. Bell [36]**  2/11 2/14 3/12 10/14 10/17 12/17 13/8 14/4 18/2 26/5 28/5 28/13 28/15 30/10 30/22 31/15 31/18 32/9 33/21 33/25 34/5 34/18 37/8 38/18 39/2 39/21 40/12 41/6 41/24 42/10 42/13 42/23 42/24 43/11 44/10 50/15
**Mr. Bell's [4]**  23/4 33/15 38/4 40/22
**Mr. Crawford [8]**  3/2 3/13 23/1 27/23 39/25 42/23 42/24 50/10
**Mr. Walsh [1]**  31/14
**MRS [3]**  24/21 25/19 26/4
**Mrs. [7]**  23/4 24/2 25/16 28/2 34/12 34/19 41/19
**Mrs. Bell [7]**  23/4 24/2 25/16 28/2 34/12 34/19 41/19
**Ms [1]**  24/7
**MSP [1]**  11/14
**much [4]**  19/11 25/17 33/23 51/12
**multiple [3]**  4/18 8/9 43/23
**must [3]**  52/10 52/11 55/14
**my [28]**  3/18 6/17 7/3 7/7 14/24 23/17 24/21 25/6 26/7 26/18 29/5 31/11 33/12 33/14 35/6 36/5 40/6 43/1 43/18 43/21 43/21 43/22 43/23 44/7 45/5 45/11 51/13 57/10
**myself [3]**  43/25 43/25 44/2

## N

**name [4]**  24/14 24/18 26/10 41/23
**nature [6]**  9/24 11/4 11/5 20/9 20/17 45/3
**near [3]**  11/10 22/7 22/8
**nearly [1]**  15/13
**necessarily [8]**  8/8 8/23 10/7 10/25 11/1 16/22 17/7 17/24
**necessary [3]**  19/21 29/3 52/17
**necessity [1]**  23/11
**need [10]**  5/14 17/19 29/20 43/8 49/20 50/4 52/6 55/19 56/24 57/22
**needed [2]**  12/21 13/7
**needs [4]**  38/2 38/3 39/10 55/22
**neither [1]**  5/3
**nephew [1]**  24/25
**never [9]**  11/16 15/15 33/3 44/3 45/13 49/16 50/2 51/1 51/10
**New [2]**  25/5 29/9
**nieces [1]**  24/25
**night [1]**  49/12
**nine [5]**  4/15 4/15 34/14 43/13 53/9
**nine-page [1]**  43/13
**no [47]**  1/4 3/6 3/16 6/14 6/15 6/24 9/24 14/18 14/25 15/1 17/4 19/21 21/8 30/10 31/17 32/9 32/9 32/11 32/23 33/1 33/11 34/1 34/8 34/8 34/19 35/3 36/23 37/15 38/2 38/20 39/13 39/13 39/17 41/5 41/8 42/15 44/12 46/2 50/1 51/5 51/8 52/12 54/19 56/3 56/14 56/19 57/20
**nobody [1]**  44/1
**non [2]**  14/22 20/1
**non-correlation [1]**  14/22
**non-guidelines [1]**  20/1
**nonetheless [3]**  8/12 20/15 40/9
**nor [1]**  5/3
**normally [1]**  26/13

**not [93]**
**note [1]**  20/21
**notes [2]**  1/24 56/5
**nothing [7]**  3/7 3/8 17/4 22/23 42/16 51/8 57/24
**notice [2]**  24/9 55/14
**noticed [2]**  47/18 48/2
**notified [1]**  23/1
**now [22]**  4/16 15/21 16/5 25/20 25/22 27/4 30/2 30/8 34/6 35/8 35/9 36/9 37/20 39/9 40/2 40/19 45/15 46/17 47/9 47/14 49/4 49/5
**nude [1]**  11/21
**number [8]**  2/2 3/25 9/2 10/6 10/22 48/1 50/6 56/25
**NYC [1]**  24/24
**NYU [1]**  24/24

## O

**objection [1]**  56/19
**objections [1]**  3/16
**observation [2]**  44/11 50/19
**observations [1]**  43/21
**observing [1]**  54/14
**obtaining [1]**  54/17
**obviating [1]**  5/14
**obviously [9]**  5/15 8/23 14/9 20/2 20/24 21/9 30/23 36/14 39/23
**occasioned [1]**  4/23
**occasions [3]**  28/6 30/19 32/11
**occur [2]**  8/22 39/12
**occurred [6]**  11/20 28/8 32/15 33/10 40/16 50/1
**occurrence [1]**  15/5
**off [4]**  10/13 11/16 25/14 57/23
**offend [2]**  30/15 33/19
**offended [1]**  11/6
**offender [7]**  5/3 5/6 16/5 21/22 30/14 40/4 55/2
**offenders [2]**  20/5 30/5
**offending [1]**  51/25
**offense [30]**  3/25 4/1 4/4 4/7 4/10 4/17 4/22 4/23 4/24 5/2 5/7 5/8 5/16 5/18 5/19 5/23 8/6 8/7 8/24 20/5 20/18 30/12 32/23 45/4 50/6 52/6 53/21 54/5 54/6
**offenses [5]**  8/20 15/5 20/9 21/5 30/12
**office [9]**  1/13 1/17 10/8 11/14 11/15 29/10 55/4 55/8 55/9
**officer [4]**  54/7 54/8 54/11 54/18
**official [3]**  1/23 9/11 58/12
**often [1]**  15/16
**oftentimes [1]**  15/9
**okay [7]**  3/16 10/4 11/3 23/21 24/13 35/23 56/20
**old [6]**  4/2 14/20 14/21 34/16 36/2 40/1
**older [2]**  10/18 13/20
**Olympic [1]**  25/2
**on [69]**
**once [2]**  28/1 55/24
**one [46]**  2/15 3/24 3/25 4/8 4/8 4/20 5/12 5/22 5/23 6/6 6/20 6/21 8/1 8/2 10/22 15/3 15/11 15/14 16/9 17/4 18/22 18/25 19/10 19/14 19/16 19/24 21/3 21/8 21/12 25/1 25/2 25/3 28/10 34/4 34/22 36/23 38/7 44/22 45/10 47/15

47/20 48/14 50/13 52/19 52/22 53/19
**One's [1]**  48/1
**online [3]**  13/18 13/22 46/18
**only [6]**  17/14 26/8 40/15 40/20 49/13 57/3
**open [3]**  42/5 42/20 45/19
**operates [2]**  5/17 5/18
**operating [1]**  11/9
**operative [1]**  42/4
**opinion [1]**  33/14
**opportunity [2]**  22/1 41/18
**opposed [2]**  56/11
**opposition [1]**  56/14
**or [68]**
**oral [1]**  47/5
**order [17]**  7/4 7/10 13/6 30/22 55/3 56/7 57/1 57/5 57/6 57/8 57/13 57/13 57/14 57/17 57/19 57/21 57/22
**ordered [2]**  56/16
**other [27]**  6/22 12/8 12/14 15/18 19/7 20/4 21/14 27/3 34/19 35/18 35/18 36/11 38/8 38/9 38/16 39/20 40/17 45/25 46/2 46/4 47/14 47/14 47/25 49/10 53/10 54/17 57/3
**others [4]**  20/2 47/3 48/25 49/18
**otherwise [8]**  7/9 11/8 14/25 16/4 18/13 24/9 52/12 53/19
**our [13]**  7/21 8/21 8/21 9/2 20/21 24/15 29/4 35/17 36/7 43/9 45/6 45/9 51/18
**out [22]**  12/10 12/10 13/4 13/15 18/2 19/25 20/14 23/4 28/21 30/24 31/5 31/25 32/17 33/17 37/13 38/7 41/14 41/17 42/5 47/23 49/1 51/23
**outcome [1]**  7/19
**outside [1]**  42/1
**outstanding [1]**  55/18
**over [8]**  18/1 36/15 38/8 39/1 39/1 45/12 51/1 55/5
**over-exaggerated [1]**  39/1
**overlay [2]**  46/7 49/5
**overlooked [1]**  11/19
**overtly [1]**  12/7
**own [11]**  3/18 12/17 12/17 12/18 19/6 38/19 44/25 49/5 49/8 51/16 54/25

## P

**P-R-O-C-E-E-D-I-N-G-S [1]**  2/1
**page [7]**  3/20 5/20 20/3 38/7 43/13 51/23 54/3
**paid [1]**  54/21
**pain [1]**  43/14
**pains [1]**  44/6
**papers [6]**  7/21 9/2 17/21 18/20 18/20 20/21
**paperwork [1]**  29/3
**paragraph [3]**  3/21 5/21 14/7
**pardon [1]**  41/2
**parent [3]**  18/22 49/4 49/14
**parents [8]**  12/25 18/4 43/21 44/14 44/15 44/19 50/13 50/18
**park [1]**  34/8
**parole [2]**  51/5 51/8
**part [4]**  13/2 13/2 41/4 55/6
**participating [1]**  54/3 54/5 54/6
**particular [4]**  18/22 42/25 49/13 49/19
**past [4]**  31/24 32/14 32/16 51/19

**P**

**pattern [1]**  5/4
**PAUL [1]**  1/10
**pay [1]**  54/20
**peer [1]**  48/25
**peers [1]**  48/22
**penalties [1]**  8/6
**penalty [1]**  8/6 51/4
**pending [1]**  2/15
**people [22]**  12/9 18/8 18/8 18/11 18/13
19/7 19/7 20/9 23/21 25/9 27/16 27/18
32/7 35/19 44/6 44/13 45/21 46/2 49/10
49/17 52/11 53/15
**percent [1]**  32/21
**period [10]**  2/18 2/19 2/20 8/18 18/15
21/23 34/8 50/23 52/20 53/11
**periodic [1]**  54/9
**periods [1]**  12/22
**permission [3]**  7/6 54/10 54/18
**person [9]**  10/11 13/18 15/4 24/23 27/7
30/15 35/16 46/10 51/15
**persona [2]**  10/11 12/22
**persons [1]**  51/18
**perspective [1]**  36/25
**persuasively [1]**  50/10
**petrified [1]**  49/2
**phone [2]**  18/18 22/18
**photograph [1]**  38/15
**photographic [1]**  43/18
**photography [1]**  54/16
**phrase [1]**  20/1
**physical [4]**  11/18 40/23 41/12 43/23
**physically [3]**  9/17 34/3 44/5
**pick [1]**  26/14
**place [4]**  29/8 53/22 54/12 54/13
**play [2]**  17/6 43/20
**plea [6]**  2/22 2/22 2/23 9/7 28/25 55/14
**plead [1]**  39/2
**pleaded [1]**  2/14
**pleading [1]**  5/13
**please [6]**  2/12 21/2 24/13 24/18 25/16
26/10
**pled [3]**  22/21 28/17 32/20
**plied [1]**  9/17
**plus [1]**  5/7
**pockets [1]**  38/17
**point [10]**  5/9 5/12 14/25 16/25 17/5
23/5 31/5 36/20 38/7 46/21
**pointed [1]**  51/23
**points [4]**  4/24 5/10 5/11 5/16
**police [3]**  2/7 10/6 25/9
**poorly [1]**  11/7
**population [1]**  17/2
**pornography [19]**  2/16 9/25 20/23 21/16
34/13 34/14 34/15 34/16 35/16 35/16
35/17 35/21 35/24 36/1 38/15 41/11
43/19 43/20 44/24
**portion [2]**  42/9 42/22
**pose [2]**  10/17 10/24
**position [4]**  8/16 17/9 18/7 51/17
**positions [2]**  18/8 18/11
**positive [3]**  21/5 31/7 50/9
**possibility [4]**  2/9 22/2 51/5 52/2
**possible [2]**  5/25 31/17
**possibly [1]**  33/3

**post [2]**  31/4 48/9
**post-traumatic [2]**  31/4 48/9
**potential [1]**  51/2
**potentially [2]**  18/16 21/12
**precocious [1]**  48/23
**precursors [1]**  31/13
**preliminary [1]**  7/3
**prepare [2]**  2/25 55/12
**prepared [2]**  3/3 57/8
**present [2]**  5/14 18/23
**presentation [2]**  7/1 27/24
**Presentence [9]**  2/25 3/3 3/14 3/17 3/17
14/8 50/20 50/25 54/2
**president [1]**  25/3
**pressure [1]**  48/25
**pretty [1]**  47/23
**previously [1]**  14/11
**prey [3]**  9/9 13/17 27/18
**preyed [1]**  27/16
**primary [2]**  54/13 55/5
**principles [1]**  41/10
**prior [2]**  30/12 46/25
**prison [7]**  8/19 13/20 28/25 36/11 36/21
37/8 39/8
**Prisons [1]**  22/6
**probably [1]**  24/5
**probation [9]**  2/24 3/3 39/23 50/2 54/7
54/8 54/11 54/18 54/22
**problems [4]**  12/20 46/5 49/5 49/6
**proceeding [2]**  42/9 42/22
**proceedings [3]**  1/10 7/17 58/7
**process [1]**  10/21
**proclivities [1]**  36/5
**producing [1]**  47/1
**product [1]**  36/7
**production [4]**  2/16 20/23 21/16 33/8
**professional [1]**  49/6
**professionals [1]**  29/19
**program [2]**  48/5 54/6
**prohibited [1]**  5/5
**prohibiting [2]**  54/9 54/11
**prolonged [1]**  41/12
**promises [1]**  11/22
**promotes [1]**  52/7
**promptly [2]**  5/13 7/7
**prone [1]**  25/25
**pronouncing [1]**  47/16
**proper [1]**  50/22
**properly [1]**  51/14
**prosecuted [1]**  20/5
**protect [6]**  13/23 18/13 49/21 49/21 50/4
52/6
**protected [1]**  37/7
**protecting [1]**  36/16
**protection [2]**  17/20 46/11
**protective [1]**  48/19
**proud [1]**  47/22
**provide [2]**  45/18 46/19
**provided [5]**  6/21 29/16 38/10 47/3
51/21
**Providing [1]**  46/25
**provisions [1]**  4/12
**pseudo [3]**  23/17 30/17 31/20
**pseudo-sexual [3]**  23/17 30/17 31/20
**PSI [1]**  37/22
**PSR [1]**  56/21

**psychiatric [1]**  30/24
**psychiatrist [1]**  48/7
**psychological [4]**  23/17 31/20 51/21
55/1
**Psychology [1]**  30/5
**pubescent [1]**  13/9
**public [2]**  50/5 52/6
**publication [1]**  15/18
**publicity [1]**  41/23
**publicly [1]**  28/7
**punishment [5]**  17/12 17/15 17/15 17/16
17/18
**purport [1]**  45/22
**purportedly [1]**  9/12
**purpose [2]**  54/13 55/10
**purposes [4]**  6/4 38/16 41/8 45/23
**pursuant [1]**  2/22
**put [12]**  33/15 36/25 38/16 39/3 40/10
41/6 41/7 41/17 41/22 42/16 43/14 46/7
**puts [3]**  4/24 37/6 41/16
**putting [2]**  15/9 36/17
**PWG [2]**  1/5 2/2

**Q**

**qualify [1]**  55/1
**quasi [1]**  9/11
**quasi-teacher [1]**  9/11
**question [17]**  17/20 30/10 31/17 32/11
32/23 33/1 33/11 33/12 36/18 37/15
38/20 38/21 39/13 39/14 40/23 41/5
41/8
**questions [1]**  38/24
**quickly [2]**  47/23 56/5
**quite [1]**  30/3

**R**

**racketeering [1]**  20/8
**raise [3]**  3/10 25/5 25/5
**raised [2]**  7/15 24/25
**range [3]**  3/20 5/16 51/24
**rape [1]**  12/8
**rather [1]**  28/22
**re [1]**  27/5
**re-bond [1]**  27/5
**reached [1]**  4/1
**read [1]**  46/17
**real [1]**  36/21
**reality [1]**  53/23
**realize [2]**  9/15 53/14
**realized [3]**  7/4 49/4 57/11
**really [19]**  26/25 27/7 29/18 33/6 33/15
34/20 35/21 35/22 36/9 39/7 39/21
39/21 41/13 41/16 44/5 45/24 46/3
46/16 47/19
**reason [7]**  10/23 17/11 32/9 32/19 43/22
44/3 52/15
**reasonable [2]**  19/21 29/7
**reasons [2]**  10/13 32/18
**receive [2]**  37/9 54/24
**received [7]**  18/19 18/20 18/20 18/21
23/15 23/18 41/20
**receiving [1]**  39/17
**recently [1]**  32/2
**recess [2]**  57/25 58/1
**recidivism [1]**  31/17
**reckless [1]**  21/6

# R

recognize [1] 39/6
recognizes [4] 39/10 39/11 49/22 52/13
recommend [2] 29/6 54/23
recommendation [2] 29/9 30/23
recommendations [1] 50/23
recommended [5] 5/24 50/25 51/7 54/2
54/25
recommending [1] 31/16
record [3] 24/14 24/17 58/7
recorded [1] 43/9
recording [1] 47/2
recovered [1] 11/11
recovering [1] 25/22
recruited [2] 12/18 12/19
red [1] 10/13
redeemable [1] 36/18
redeemed [1] 31/18
reduction [1] 17/8
refer [2] 51/4 56/24
referenced [1] 56/18
referred [1] 38/8
refers [2] 37/22 37/22
reflect [1] 11/7
reflected [2] 5/20 14/7
regard [1] 40/24
regarding [3] 31/22 31/23 38/6
regardless [1] 15/7
register [2] 40/4 40/5
registration [1] 21/22
regularly [1] 8/16
rehabilitated [3] 25/12 26/2 27/6
related [2] 31/23 40/19
relatively [1] 17/22
release [12] 2/21 6/7 6/8 21/21 21/21
50/2 50/24 52/2 52/3 53/22 53/23 54/1
released [2] 10/24 13/20
relevant [1] 51/13
relies [1] 17/12
reluctant [1] 37/19
remain [1] 43/7
remaining [2] 54/12 54/13
remarkably [1] 44/23
remarks [4] 3/10 23/7 26/9 29/5
reminded [1] 18/9
remote [1] 22/18
removed [2] 12/21 14/1
reoffending [1] 52/4
repeat [2] 5/6 11/24
repeated [1] 21/7
repeating [1] 11/23
repeats [1] 14/20
report [18] 2/25 2/25 3/3 3/14 3/17 3/18
14/8 23/16 23/19 29/16 29/23 30/18
30/19 37/22 50/20 50/25 51/21 54/2
reported [9] 10/5 10/8 14/5 14/10 14/11
15/8 16/9 16/10 21/11
reporter [5] 1/23 24/15 43/9 58/5 58/12
reporting [1] 37/20
reports [3] 14/14 40/7 40/21
represented [1] 50/6
representing [1] 28/9
request [5] 8/17 19/20 21/14 55/4 56/19
requesting [2] 9/4 13/25
requests [1] 8/13

require [1] 8/9
required [5] 4/19 40/4 40/5 43/2 45/2
requires [1] 21/23
respect [9] 7/5 9/22 12/8 16/7 18/21
19/2 50/18 52/7 56/18
respected [1] 9/12
responding [1] 54/15
responsibility [4] 5/10 5/13 18/10 38/22
responsible [4] 12/22 16/4 44/18 46/9
rest [7] 8/19 14/2 15/13 17/19 18/16
52/9 53/24
restitution [5] 18/21 55/23 57/3 57/18
57/19
Restitutionary [1] 57/12 57/14
result [1] 16/18
resulted [1] 4/7
resulting [1] 4/10
results [2] 49/13 49/14
return [1] 7/7
returning [1] 22/2
revealed [3] 30/10 30/13 51/24
review [1] 14/3
reviewed [2] 3/2 3/13
reviewing [1] 14/14
right [34] 2/8 2/12 3/10 6/17 8/11 15/21
16/16 20/5 21/2 22/16 23/10 24/1 24/7
24/20 26/12 26/14 27/4 27/23 35/3
38/21 39/9 42/8 42/14 42/16 42/19
42/21 42/25 43/2 43/10 46/15 55/13
56/1 57/7 57/24
risk [11] 17/1 30/10 30/13 30/13 40/10
41/6 46/1 46/2 51/24 51/25 52/4
risks [1] 21/6
ritualistically [2] 11/21 12/1
Road [1] 1/18
role [1] 43/20
roll [1] 25/1
rolling [1] 28/22
room [2] 22/17 48/17
rooms [1] 35/1
rough [1] 24/22
RPR [1] 58/12
rule [2] 30/24 31/5
run [5] 53/10 53/25 56/9 56/16 56/21
running [1] 56/14

# S

sad [2] 15/3 36/9
sadly [1] 16/24
sadness [1] 53/14
said [11] 22/20 32/21 34/15 35/10 36/5
36/15 37/20 39/4 39/16 50/12 50/12
salaciousness [1] 11/19
same [15] 4/9 4/17 4/22 10/1 14/17
16/11 16/12 20/24 38/11 38/11 44/20
44/25 48/15 49/3 49/18
saved [1] 26/20
savior [1] 25/8
saw [2] 12/9 34/5
say [20] 3/5 17/4 26/17 26/23 27/15
27/16 28/2 28/5 32/8 35/5 37/21 38/2
39/24 41/1 41/24 43/5 47/16 47/25
50/15 56/21
saying [10] 16/14 16/15 34/20 34/21
37/13 37/21 38/1 39/9 39/25 47/12
says [5] 5/2 14/25 15/1 17/4 48/1

scarring [2] 12/11 12/13
scars [1] 12/12
scenario [2] 31/20 32/12
scenarios [2] 32/12 32/18
scheduled [1] 24/10
schizophrenia [1] 30/25
scholarship [1] 24/15
school [15] 12/19 12/25 13/14 19/3
19/12 35/7 35/9 38/23 38/24 44/4 44/4
45/11 45/14 46/10 48/25
schools [3] 18/9 45/11 50/17
score [3] 5/21 30/10 30/13
Screening [1] 30/14
seal [1] 42/16
sealed [2] 42/9 42/21
searches [1] 54/9
seat [1] 2/12
seated [1] 43/7
second [1] 7/14
secret [1] 42/2
secrets [9] 33/16 33/17 33/17 34/11
35/11 35/11 36/8 42/3 42/4
Section [4] 2/17 4/17 5/1 52/18
see [8] 12/5 12/14 15/16 22/17 23/23
29/19 40/20 44/15
seeing [1] 48/7
seek [2] 17/12 51/16
seeks [2] 7/22 17/11
seem [2] 10/12 16/3
seems [1] 49/19
seen [7] 10/10 15/21 29/13 32/24 38/14
43/19 43/22
sees [1] 12/13
seized [1] 22/12
seizure [1] 25/25
self [8] 14/5 14/10 15/8 16/9 16/10
37/20 44/21 44/22
self-doubt [1] 44/21
self-loathing [1] 44/22
self-reported [5] 14/5 14/10 15/8 16/9
16/10
self-reporting [1] 37/20
semblance [1] 40/13
send [2] 7/7 53/16
sense [2] 20/24 31/9
sensitivity [1] 31/6
sent [1] 37/8
sentence [54] 3/9 5/24 6/2 7/16 7/16
7/22 11/7 17/11 17/14 19/25 20/10
20/18 21/17 29/6 36/16 37/4 40/15 42/6
43/1 44/15 46/13 47/8 47/16 49/22 50/4
51/2 51/3 51/6 51/9 52/1 52/7 52/10
52/12 52/15 52/19 52/21 52/23 52/25
53/2 53/4 53/6 53/9 53/13 53/16 53/24
55/11 56/7 56/8 56/14 56/16 56/17
56/21 56/21 56/22
sentenced [3] 46/13 49/24 49/25
sentences [7] 8/17 8/23 9/3 20/2 38/8
50/3 53/8
sentencing [12] 1/10 6/23 8/21 14/4
28/18 29/2 29/8 44/12 44/24 49/20
51/14 53/11
separate [2] 3/22 26/23
Sergeant [1] 2/6
series [3] 30/12 30/17 32/12
serious [4] 21/15 33/20 33/22 36/22

**S**

seriousness [1]  50/5
serve [1]  28/25
set [1]  7/21
sets [1]  20/4
seven [6]  4/14 4/14 14/21 34/13 53/6
53/11
seventh [1]  48/5
several [3]  32/5 36/2 41/20
severe [2]  18/14 51/9
severely [1]  44/6
severity [1]  52/13
sex [13]  5/2 5/6 21/22 30/5 30/14 32/23
34/24 35/22 40/4 47/2 54/5 54/6 55/1
sexual [26]  4/4 4/4 5/5 9/24 10/20 11/20
12/4 12/7 22/9 23/17 30/9 30/17 31/6
31/20 31/24 33/5 33/7 33/10 36/5 37/17
41/7 41/12 42/4 46/20 47/5 51/23
sexuality [3]  13/10 35/11 48/21
sexualizing [1]  46/20
sexually [3]  9/17 44/5 47/1
shall [1]  5/7
shame [2]  11/8 31/8
Shante [2]  55/10 56/24
she [25]  10/7 10/10 10/14 10/14 10/15
10/15 18/23 18/23 18/24 18/25 19/2
19/3 19/4 47/20 47/21 47/24 48/16
48/16 49/4 49/5 49/5 49/9 49/11 49/12
49/13
she's [4]  29/22 48/2 49/6 49/7
sheriff's [2]  10/8 11/14
shirt [1]  25/13
short [1]  51/8
shot [1]  45/13
should [8]  10/19 17/7 27/1 30/22 35/4
37/9 51/10 55/16
shoulder [1]  18/1
show [1]  40/21
shown [1]  8/16
shows [1]  40/21
siblings [1]  48/20
sic [1]  6/12
sick [1]  39/13
side [1]  45/20
sign [2]  55/24 57/22
signal [1]  53/17
significant [3]  8/18 17/14 49/20
similar [5]  20/5 20/24 38/9 44/6 54/17
similarly [1]  20/2
since [1]  32/6
single [3]  21/12 29/21 43/19
sir [21]  2/9 3/4 3/10 3/12 3/15 6/25 23/9
24/12 26/4 26/7 26/14 26/16 27/22
27/24 27/25 43/11 44/9 46/16 55/19
55/25 57/1
situated [1]  20/2
situation [22]  28/10 28/14 29/21 29/24
31/18 32/3 33/21 33/22 36/17 36/19
36/20 37/2 37/4 37/7 37/9 38/3 38/5
39/12 39/22 41/7 41/17 56/9
situations [5]  13/5 21/15 38/9 38/14
43/20
six [6]  4/13 4/14 41/21 49/11 53/4 53/7
skeptical [1]  15/8
skillfully [1]  50/10

slower [1]  31/10
slowly [1]  43/8
small [3]  17/22 40/8 47/22
so [53]  3/24 4/19 4/22 5/17 6/2 6/17
8/14 14/22 15/16 16/18 17/12 19/8
20/23 21/13 21/13 23/11 23/21 24/15
24/18 26/1 26/8 26/24 27/18 32/19
33/23 34/16 39/10 40/8 43/2 43/2 43/8
43/8 43/9 43/10 43/15 43/15 43/18 44/2
45/22 47/13 49/1 49/1 49/1 50/4 50/18
52/4 52/10 55/7 55/10 56/20 57/1 57/12
57/21
social [3]  45/20 45/25 49/10
socializes [1]  19/7
socially [1]  31/7
society [6]  25/4 35/17 36/7 42/2 45/7
51/18
software [1]  54/7
sole [1]  41/15
solicit [1]  46/19
some [35]  3/7 6/20 9/5 11/19 12/7 12/14
14/23 20/12 22/13 22/14 22/16 22/16
22/17 22/18 22/18 23/5 28/15 31/3 31/5
33/16 33/24 33/25 34/9 36/20 39/8 40/4
40/13 41/18 41/18 47/6 47/14 47/14
48/8 51/3 57/11
somebody [1]  41/25
somehow [3]  16/17 16/19 41/3
someone [12]  8/17 9/13 10/19 12/23
15/15 20/7 32/3 37/14 37/23 44/24 45/5
46/14
something [16]  9/21 11/12 11/18 14/10
14/10 26/25 28/3 31/21 34/21 34/21
37/23 40/9 51/13 51/19 53/17 57/22
sometimes [5]  9/12 11/19 12/4 17/13
45/22
somewhat [2]  15/8 39/7
son [8]  9/22 9/23 10/15 24/21 26/18
28/3 44/16 49/11
sons [1]  19/16
sophisticated [1]  45/24
sorry [5]  27/9 31/11 44/7 44/8 57/6
sort [2]  31/24 33/16
sought [3]  13/8 13/17
source [1]  15/18
SOUTHERN [1]  1/2
speak [5]  9/6 10/20 26/13 42/23 43/8
special [4]  2/5 2/20 6/9 54/20
specific [6]  7/5 13/5 32/1 33/10 54/5
56/18
specifically [1]  56/24
speed [2]  34/14 35/17
spells [1]  48/9
spirit [1]  12/2
split [2]  26/23 26/25
spoke [2]  10/15 48/11
spoken [1]  53/15
spreading [1]  40/9
Spring [1]  1/18
stage [2]  19/11 21/7
stand [8]  12/10 12/10 21/1 24/3 24/3
24/4 26/6 43/7
standing [4]  17/13 29/1 32/13 36/9
standpoint [2]  31/19 40/22
start [1]  3/24
started [3]  34/13 34/15 43/17

starting [2]  42/3 42/3
state [9]  2/7 7/16 29/2 30/4 33/9 35/15
40/14 56/8 56/17
State's [2]  11/15 55/8
stated [3]  9/2 9/6 17/21
statement [7]  6/21 8/15 10/2 22/15 43/1
43/3 46/17
statements [2]  6/20 6/22
states [14]  1/1 1/4 1/11 2/3 2/4 6/12
23/15 40/4 55/4 55/9 55/16 55/17 55/22
56/2
statistical [1]  16/23
statute [3]  3/23 5/25 33/11
statutory [1]  6/2
stay [1]  12/9
STD [1]  49/12
STENOTYPE [1]  1/24
still [5]  11/8 13/21 13/22 39/15 40/10
stop [3]  22/11 36/12 36/12
straight [1]  16/19
street [2]  11/16 18/2
strengths [1]  12/18
stress [2]  31/4 48/9
striking [1]  46/24
struck [1]  34/3
struggle [2]  46/3 51/11
struggled [4]  13/8 13/12 13/14 13/14
struggles [2]  13/9 19/6
stuck [2]  19/1 43/22
student [1]  25/3
studies [2]  31/22 32/1
study [4]  14/23 14/25 15/1 15/18
submission [2]  19/24 20/3
submit [1]  57/15
Subsection [1]  5/3
substance [3]  46/5 54/3 54/4
substances [1]  46/25
substantive [1]  3/6
subtract [1]  5/10
subtraction [1]  5/12
succeeded [1]  10/21
such [6]  4/16 8/18 16/18 17/14 29/8
30/25
sued [1]  35/10
suffer [3]  49/17 49/18 53/20
suffered [10]  14/17 15/11 17/3 48/4 49/9
49/15 49/17 51/13 52/13 53/17
suffering [1]  43/14
sufficient [1]  52/16
suggested [1]  16/7
Suite [1]  1/14
Sulphur [1]  1/18
sum [3]  23/20 33/14 41/21
summary [4]  30/20 30/21 31/14 32/4
supervised [10]  2/21 6/7 6/8 21/21
21/22 50/24 52/3 53/2 53/22 54/1
supervision [2]  13/23 40/3
supervisory [1]  4/6
supports [1]  15/18
supposed [1]  27/8
sure [10]  7/9 7/17 10/25 17/25 20/13
42/10 44/14 50/13 50/14 50/18
surreptitious [1]  22/16
Surreptitiously [1]  47/2
surveillance [1]  54/16
survived [1]  34/10

**S**

suspect [1] 48/15
suspicions [1] 19/6
suspicious [1] 16/3
sympathy [3] 16/12 17/6 17/7
symptoms [2] 31/2 32/4
sync [1] 20/1
system [4] 19/12 35/7 35/9 51/7
systematic [2] 37/16 37/17

**T**

table [1] 2/5
tacts [1] 10/6
take [11] 8/15 19/23 20/5 20/15 37/24
42/6 46/7 49/7 49/8 50/5 51/16
taken [4] 2/24 10/6 11/16 50/21
takes [1] 49/11
taking [2] 48/7 51/18
talk [5] 15/24 19/15 36/4 37/19 48/18
talked [3] 32/10 32/10 35/25
talking [12] 8/5 18/22 30/23 33/24 34/6
34/22 34/22 36/10 37/13 39/14 40/1
40/6
talks [2] 31/3 31/5
task [1] 47/15
teacher [1] 9/11
teachers [2] 12/19 50/17
team [3] 10/18 12/19 19/3
tearing [1] 11/24
technically [2] 33/9 33/11
teenage [1] 34/17
teenager [3] 13/9 34/23 37/18
teens [1] 34/23
tell [16] 18/24 18/24 21/7 23/13 24/14
24/18 26/10 26/15 29/11 32/2 43/23
47/25 48/1 48/14 48/18 51/12
telling [2] 11/24 39/15
tempted [1] 18/11
ten [23] 2/15 3/21 4/15 4/15 4/16 4/19
4/20 4/24 5/18 6/3 6/4 6/6 6/10 7/23
7/24 12/16 17/1 21/12 22/22 22/23
34/14 34/16 53/9
tendency [1] 16/7
tension [1] 48/9
terms [2] 3/10 46/8
test [1] 49/12
tested [1] 43/18
testing [2] 21/8 54/4
tests [2] 30/17 49/12
text [2] 9/23 10/12
than [9] 5/16 12/14 17/1 17/18 19/21
23/19 52/14 52/17 53/16
thank [13] 7/2 7/20 9/19 22/25 26/3 26/4
27/22 42/14 42/19 43/12 44/8 44/9 57/2
thanks [1] 11/13
that [466]
that's [24] 3/11 7/17 8/4 11/17 14/9 20/6
20/20 20/22 23/10 23/11 24/5 29/1 29/1
35/12 36/21 37/12 42/4 42/7 42/18 44/2
46/4 51/6 53/13 53/16
their [44] 9/9 12/1 12/2 12/10 12/11
12/13 12/17 12/17 12/18 12/24 16/12
18/1 18/6 18/16 19/12 18/19 18/22 22/3
23/7 28/3 36/23 38/16 41/23 44/16
44/25 46/10 46/11 46/11 47/1 49/23

49/23 50/13 50/16 50/16 50/16 50/16
50/17 50/17 50/17 50/17 51/16 51/19
51/20 52/10
them [38] 9/13 9/17 11/7 11/23 11/24
12/1 12/9 12/13 12/18 13/19 15/6 18/4
19/19 20/12 23/12 25/2 25/5 29/10
29/19 29/19 41/7 41/21 41/25 42/1 46/3
46/7 46/14 46/24 46/25 47/2 47/4 47/15
47/16 47/16 47/20 48/18 50/1 50/21
themselves [6] 9/6 15/6 44/20 46/19
47/3 50/14
then [17] 4/17 5/11 5/11 5/15 8/1 15/14
26/9 31/5 32/6 34/16 36/11 43/5 44/1
47/21 51/18 53/20 57/24
therapy [1] 48/5
there [66]
there's [24] 4/23 8/9 16/22 24/16 30/10
31/17 31/25 32/11 32/23 33/1 33/11
33/12 35/20 37/15 38/17 39/13 39/13
41/5 41/8 42/15 45/20 51/8 55/13 56/9
therefore [7] 4/20 5/5 5/17 5/22 20/18
38/2 42/15
these [19] 5/8 6/9 8/20 8/22 8/22 8/23
9/15 9/16 10/16 12/14 12/16 13/18 15/3
15/4 15/11 17/1 19/2 20/16 20/21 20/22
21/4 25/6 30/12 31/16 31/25 32/17
32/22 33/2 36/22 37/10 37/17 38/13
38/23 38/24 40/18 41/1 41/2 41/2 41/6
41/12 42/6 45/25 47/6 47/9 49/22 52/9
52/11 52/12 53/17
they [79]
they'd [1] 23/13
they'll [1] 50/1
they're [8] 18/1 18/3 18/4 19/8 30/23
46/21 46/23 47/11
they've [2] 38/11 52/13
thing [10] 15/14 17/2 26/24 27/17 28/4
38/7 38/11 38/12 41/19 43/19
things [15] 12/8 16/3 19/1 19/15 27/1
27/9 27/16 28/10 33/25 33/25 40/17
42/1 42/6 45/18 46/4
think [31] 6/15 11/1 19/1 19/17 20/25
22/1 24/5 26/12 26/24 26/25 27/6 27/10
27/13 27/17 29/11 33/14 35/16 35/22
37/7 38/17 39/19 40/11 41/8 41/15 42/2
42/4 42/5 45/23 50/15 50/22 57/2
third [1] 28/18
Thirty [1] 39/25
this [146]
those [25] 2/16 3/20 4/9 4/19 6/17 12/3
12/9 12/12 15/24 16/9 22/22 32/4 33/17
36/8 40/9 45/23 47/19 49/12 49/14
49/21 50/2 50/13 50/14 53/7 53/15
though [3] 15/12 27/5 31/16
thought [2] 10/14 27/10
thousand [2] 6/10 54/21
thousands [1] 45/8
three [8] 4/12 4/12 8/2 20/14 27/3 48/3
52/23 53/1
through [18] 2/15 6/6 9/9 25/11 26/21
30/19 34/23 34/25 35/1 35/1 35/3 39/3
39/5 39/7 44/20 44/22 47/7 50/23
throughout [3] 8/25 34/17
thrown [1] 37/12
tight [1] 47/22
time [38] 2/14 2/23 10/7 10/17 12/22

14/10 21/4 21/18 23/5 23/11 23/20
24/10 24/22 25/17 26/20 27/12 27/14
28/25 29/17 29/24 31/5 34/8 34/25
36/20 38/23 40/1 42/16 42/25 43/6
43/10 43/11 45/13 47/6 49/7 52/8 55/19
55/22 57/24
times [7] 6/8 26/22 36/2 44/17 44/17
48/16 48/22
TIMOTHY [2] 1/13 2/4
today [18] 6/23 7/4 7/14 11/9 18/23 25/7
29/1 33/6 33/23 38/12 44/11 44/19 45/5
46/2 47/15 47/21 48/13 57/11
together [1] 27/5
told [1] 44/3
too [3] 16/25 26/20 49/24
took [3] 21/6 29/24 39/2
tool [1] 30/14
tools [1] 53/19
top [3] 46/4 47/5 47/10
total [3] 37/4 53/8 53/11
totality [1] 28/11
totals [1] 54/21
track [2] 10/18 12/19
traffic [1] 53/21
tragic [1] 44/23
trailer [1] 34/8
training [1] 31/19
transcript [2] 1/10 58/7
TRANSCRIPTION [1] 1/24
transgressions [1] 44/8
transition [1] 39/7
trauma [1] 32/17
traumatic [4] 31/4 33/2 33/5 48/9
treadmill [1] 39/3
treat [1] 39/18
treated [1] 53/21
treatise [1] 32/5
treatment [8] 29/13 31/15 50/23 54/4
54/4 54/6 54/25 55/2
treatments [1] 31/16
trial [1] 5/14
tried [3] 9/11 10/19 26/18
triggers [1] 31/8
troubled [1] 25/4
true [1] 35/6
truly [2] 32/15 36/17
trust [8] 12/25 16/2 16/4 17/10 18/8
18/12 19/10 46/15
trusted [2] 12/23 12/24
try [5] 24/7 26/19 39/21 48/8 51/16
trying [7] 27/4 29/23 36/25 38/2 41/1
45/23 46/13
Tuesday [1] 1/7
turn [1] 49/17
turning [1] 6/19
TV [1] 43/21
twenties [1] 34/24
two [17] 4/2 4/3 4/5 4/10 4/10 5/8 5/10
5/11 5/16 8/2 8/3 16/6 16/23 20/14 23/3
52/21 52/24
two-level [2] 4/2 4/3
type [12] 8/24 15/4 17/2 26/24 27/7
27/17 31/1 32/23 34/5 38/22 38/22
41/24
types [3] 8/20 12/3 34/5

## U

**ultimately [4]** 10/21 11/11 11/11 11/15
**unannounced [1]** 54/9
**under [10]** 2/17 4/17 5/1 5/10 5/12 5/25 42/16 52/3 54/10 54/14
**underground [1]** 36/7
**underscore [1]** 46/8
**understand [15]** 16/16 16/17 32/20 35/22 36/3 36/5 36/6 37/10 37/16 40/22 48/22 49/16 56/6 56/10 57/4
**understanding [5]** 31/13 31/19 33/16 40/6 46/21
**understands [1]** 40/10
**undisputed [1]** 15/10
**undo [1]** 52/8
**unenviable [1]** 47/15
**unfortunately [3]** 21/10 21/11 23/10
**unheard [1]** 8/24
**unimaginable [1]** 13/1
**unique [3]** 8/24 12/16 21/19
**unit [1]** 4/20
**UNITED [13]** 1/1 1/4 1/11 2/2 2/4 6/12 23/15 55/4 55/9 55/16 55/17 55/22 56/2
**United States [7]** 2/4 6/12 23/15 55/16 55/17 55/22 56/2
**units [1]** 4/20
**University [1]** 24/24
**unknown [1]** 10/17
**unlikely [1]** 40/8
**unsure [1]** 10/14
**until [1]** 26/20
**unusual [2]** 15/5 44/24
**up [31]** 8/7 10/19 11/24 16/22 16/24 17/2 17/3 20/11 23/12 23/20 24/15 24/17 24/22 25/19 26/14 26/19 26/23 26/25 28/18 29/10 33/14 34/20 34/23 37/23 38/24 41/21 42/11 44/17 45/7 45/11 47/17
**upon [16]** 7/9 9/9 21/20 21/21 21/21 28/18 28/24 29/5 29/10 29/11 29/13 30/11 30/13 32/18 40/11 40/15
**us [5]** 18/24 29/22 45/18 48/14 53/19
**use [5]** 20/1 30/20 41/7 45/25 54/8
**used [1]** 30/18
**using [4]** 34/4 41/6 45/16 54/16

## V

**vague [1]** 14/5
**varieties [1]** 32/25
**vast [1]** 45/6
**versus [1]** 2/3
**very [21]** 19/11 26/1 29/3 29/15 31/16 33/19 33/20 33/22 36/22 36/22 37/19 39/17 40/8 40/8 40/17 43/17 45/20 45/24 48/19 48/23 51/9
**vetting [1]** 18/7
**via [3]** 9/23 10/12 35/10
**vicious [2]** 48/24 49/1
**victim [29]** 3/24 4/6 4/8 4/10 4/12 4/13 4/13 4/13 4/14 4/14 4/15 4/15 6/21 6/21 8/10 10/12 13/5 13/5 13/7 13/8 14/17 14/19 14/20 16/8 18/17 18/19 19/8 48/1 48/14
**victim's [1]** 9/20
**victimization [1]** 53/20

**victimize [1]** 45/23
**victims [38]** 7/23 7/24 8/9 9/16 11/5 12/9 12/12 12/15 12/17 15/25 16/1 16/2 16/21 17/1 17/24 19/9 21/11 21/24 22/7 22/19 28/7 32/22 33/2 36/11 36/24 39/4 41/2 41/2 44/20 47/6 47/9 47/19 47/25 49/21 50/7 52/12 53/17 54/15
**video [3]** 12/2 40/20 40/22
**videos [3]** 22/12 40/23 46/19
**videotaped [2]** 11/20 22/14
**videotaping [2]** 13/19 33/7
**viewed [1]** 5/6
**violent [1]** 46/24
**Virginia [1]** 30/5
**virtue [1]** 3/22
**voice [4]** 24/15 24/17 26/13 43/8
**void [1]** 13/8
**vulnerabilities [2]** 12/17 13/16
**vulnerable [1]** 45/24

## W

**wait [2]** 44/15 49/14
**waits [1]** 49/12
**waived [1]** 55/14
**waiving [1]** 57/4
**Walsh [4]** 29/17 29/25 30/2 31/14
**Walsh's [1]** 37/22
**want [30]** 7/13 16/25 17/5 17/24 17/25 19/2 19/14 22/7 23/5 23/22 26/17 26/23 27/23 28/5 28/25 32/8 33/19 35/5 35/24 38/7 39/4 39/5 40/17 41/19 41/21 41/22 43/10 45/2 48/21 56/13
**wanted [2]** 28/16 31/21
**wants [8]** 28/6 28/8 31/5 37/5 39/11 39/11
**was [137]**
**wasn't [7]** 10/7 11/10 18/25 27/3 27/10 41/1 47/24
**watched [1]** 35/19
**watching [3]** 17/22 35/24 36/1
**water [1]** 34/8
**way [18]** 7/3 7/17 10/11 12/13 13/8 16/11 16/12 16/18 24/6 34/23 46/21 49/17 49/18 50/22 52/3 52/11 54/15 57/10
**ways [11]** 9/5 13/1 22/13 22/14 33/22 35/2 35/4 35/5 36/7 44/6 48/12
**we [79]**
**we're [10]** 29/1 29/1 33/4 33/10 34/22 34/22 36/9 38/1 44/11 57/25
**we've [6]** 8/16 21/10 21/24 29/3 29/13 41/8
**week [1]** 55/12
**weekend [1]** 45/8
**weigh [1]** 37/1
**weight [1]** 39/8
**well [17]** 2/6 9/5 25/3 25/4 25/4 25/10 25/15 25/24 28/8 31/1 36/14 37/20 38/1 38/21 45/20 47/16 57/9
**went [8]** 10/13 24/23 26/21 35/3 36/15 44/22 45/11 45/13
**were [36]** 2/13 7/18 7/24 7/24 9/7 9/16 9/16 9/17 10/16 11/22 12/11 13/20 15/6 12/11 21/12 22/19 22/19 25/4 29/25 34/24 39/24 40/23 40/24 44/16 44/18 47/3 47/21 48/11 49/15 49/21 49/24

49/25 50/7 50/8 54/2 57/11
**weren't [1]** 19/19
**what [84]**
**what's [8]** 9/15 17/18 22/15 28/7 33/19 39/10 41/3 48/18
**whatever [3]** 20/13 27/14 27/19
**when [51]** 4/16 5/2 5/9 5/9 7/7 8/9 8/24 9/7 14/16 14/19 15/24 16/6 18/11 18/17 19/18 19/19 20/3 26/24 26/25 27/9 27/16 28/9 32/21 34/2 34/14 34/16 34/25 36/4 41/25 43/17 44/16 44/24 45/7 45/13 46/7 46/21 47/6 47/17 48/5 48/11 48/16 49/4 49/14 49/15 49/24 50/8 50/12 51/14 51/24 52/10 53/14
**where [28]** 14/4 16/1 19/12 20/4 20/10 21/1 26/25 27/11 29/24 30/9 31/18 36/17 36/19 37/7 37/9 38/3 38/14 39/8 39/12 41/18 44/12 45/9 45/16 48/25 51/8 51/15 52/3 54/12
**wherever [2]** 27/11 37/8
**whether [16]** 11/7 13/10 13/18 13/18 13/19 14/12 14/16 15/7 15/17 17/25 18/23 19/25 34/20 47/13 48/13 49/9
**which [24]** 2/17 2/25 4/17 5/25 6/10 8/18 10/23 13/25 13/25 22/6 24/23 31/1 41/16 43/18 45/3 45/4 47/7 49/20 52/16 52/20 53/11 54/2 54/21 54/25
**while [12]** 8/22 12/7 12/7 17/6 21/13 30/3 34/4 39/7 45/17 51/18 52/12 54/24
**whippings [1]** 25/20
**who [60]**
**whom [2]** 9/12 11/6
**whomever [1]** 17/13
**why [10]** 9/5 10/23 11/17 29/1 29/1 36/3 36/6 39/9 43/23 49/16
**will [42]** 3/17 7/13 12/9 13/3 17/4 17/25 19/15 24/17 25/13 26/13 26/14 42/24 43/3 43/5 44/15 44/20 47/9 47/11 47/14 49/2 49/16 49/23 50/4 50/5 51/12 52/1 52/9 53/20 53/22 53/24 54/19 54/19 54/20 54/23 55/11 55/24 56/20 56/21 57/1 57/5 57/12 57/15
**William [1]** 2/6
**winners [1]** 44/12
**wish [3]** 6/13 23/2 43/4
**wishes [1]** 22/13
**within [3]** 15/21 55/14 55/16
**without [3]** 51/10 54/10 54/17
**witness [1]** 21/10
**woman [1]** 10/1
**won't [5]** 13/19 18/5 19/17 48/18 48/18
**wonder [3]** 19/18 47/13 48/13
**word [1]** 42/4
**words [2]** 33/15 33/17
**work [3]** 11/13 12/6 32/24
**working [2]** 29/22 42/10
**works [1]** 29/22
**world [1]** 45/12
**worried [1]** 48/20
**worry [3]** 18/3 18/5 45/13
**worse [2]** 19/15 48/6
**worth [1]** 37/25
**would [62]**
**written [4]** 2/22 20/3 32/5 35/20
**wrong [2]** 16/16 37/15
**wrote [3]** 10/1 43/13 50/12

## Y

**Yeah [1]** 24/5
**year [4]** 2/14 6/1 6/1 14/21
**years [51]** 2/18 2/19 4/2 6/8 7/22 7/22
7/23 8/1 8/1 8/2 8/7 8/8 8/10 14/20
15/21 16/19 17/17 20/11 20/19 22/22
32/25 34/16 34/18 35/13 35/17 36/2
36/10 37/4 38/8 38/25 39/25 40/1 40/2
41/14 41/16 47/9 47/13 48/3 51/1 51/7
52/19 52/21 52/23 52/25 53/2 53/4 53/6
53/8 53/10 53/12 53/24
**yes [15]** 3/15 7/2 7/20 10/3 23/3 23/9
23/25 24/12 24/21 27/25 30/16 30/16
39/16 42/17 55/25
**yesterday [2]** 7/15 57/15
**yet [2]** 4/1 15/16
**York [1]** 25/5
**you [136]**
**you'll [1]** 3/9
**you're [4]** 14/22 39/25 40/1 55/23
**young [18]** 10/20 11/21 12/16 13/12
13/13 14/5 27/17 33/18 35/13 35/18
43/17 45/8 46/2 46/12 46/20 47/9 48/24
51/18
**younger [1]** 48/19
**your [74]**
**yours [1]** 48/15
**yourself [4]** 44/22 47/7 47/12 48/12

## Z

**zero [1]** 5/21