IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

GREENBELT DIVISION

TO: CLERK OF THE COURT

United States Courthouse

6500 Cherrywood Lane, Suite 200

Greenbelt, MD 20770

DEC 14 2018

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

FROM: CARLOS DEANGELO BELL Reg 63512-037

Case Number: 0416 8:17 CR 00577-001

United States Penitentiary

Po Box 24550

Tucson, AZ 85734

11/29/2018

Dear Clerk,

I require these necessary documents from your office. The following documents are, from my case number 0416 8:17 CR 00577-001, the plea agreement entered into by me with this court, the sentencing transcripts of said plea acceptance process and those of the sentencing process. The preliminary hearing transcripts for this said matter, and an updated docket sheet for this case number.

If any of these documents must be obtained at an expense, may you please send me the individual cost for each document and the manner in which I must go to pay for them.

Pg 1 of 2

Sincerely Submitted,

*Carlos DeAngelo Bell*

Carlos Deangelo Bell

Reg 63512-037

United States Penitentiary

Po Box 24550

Tucson, AZ 85734

Pg 2 of 2